**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maryland

Case number (*If known*): ____________________ Chapter 11

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Kesa LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Tim's Furniture Mart

3. **Debtor's federal Employer Identification Number** (EIN)

   92-2654676

4. **Debtor's address**

   **Principal place of business**

   900 Premium Outlets Blvd
   Number Street

   Hagerstown MD 21740
   City State ZIP Code

   Washington County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL)

   https://timfurniture.com/

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ____________________



NextChapter www.nextchapterbk.com

Debtor Kesa LLC Case number (if known) ____________________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

449110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
  District ____________ When ____________ (MM / DD / YYYY) Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________ (MM / DD / YYYY)
  Case number, if known ____________



NextChapter www.nextchapterbk.com

Debtor Kesa LLC
Name

Case number (*if known*) ______________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________________

**Where is the property?** ______________________
Number Street

______________________

______________________ ______ ______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______________________

Contact name ______________________

Phone ______________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

NextChapter www.nextchapterbk.com

Debtor Kesa LLC
Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/20/2026
MM / DD / YYYY

X /s/ Samir Abu-ajaj
Signature of authorized representative of debtor

Samir Abu-ajaj
Printed name

Title Managing Member

**18. Signature of attorney**

X /s/ Daniel Press
Signature of attorney for debtor

Date 08/20/2026
MM / DD / YYYY

Daniel Press
Printed name

Law Offices of Daniel M. Press
Firm name

201 WASHINGTON ST
Number Street

Cumberland
City

MD
State

21502
ZIP Code

7037257600
Contact phone

dan@danpress.us
Email address

07300
Bar number

MD
State



NextChapter www.nextchapterbk.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re Kesa LLC

(Debtor(s))

Case No. ______________________
Chapter 11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Kesa LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

[x] None [check if applicable]

8/20/2026
Date

/s/ Daniel Press
Statement of attorney or Litigant

**Fill in this information to identify the case:**

Debtor name Kesa LLC

United States Bankruptcy Court for the: District of Maryland

Case number (If known): ______________________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Hagerstown Premium Outlets LLC<br>225 W Washington St<br>Indianapolis, IN, 46204 | | Rent | Disputed | | | 522,971.95 |
| 2 | HighRock Studios Inc<br>20140 Scholar Drive, Suite 316<br>Hagerstown, MD, 21742 | | Suppliers or Vendors | | | | 44,000.00 |
| 3 | Woodhaven Enterprises LLC<br>P.O. Box 716179<br>Cincinnati, OH, 45271 | | | | | | 41,807.94 |
| 4 | Intercon Inc.<br>635 N Billy Mitchell Rd<br>Salt Lake City, UT, 84116 | | Suppliers or Vendors | | | | 25,267.71 |
| 5 | Continental Furniture Brands LLC<br>P.O. Box 836<br>Pontotoc, MS, 38863 | | Suppliers or Vendors | | | | 18,901.00 |
| 6 | Campbell Sales Group Inc.<br>2118 Mercantile Dr.<br>Leland, NC, 28451 | | Suppliers or Vendors | | | | 15,597.00 |
| 7 | Furniture Values International LLC<br>601 North 75th Avenue<br>Phoenix, AZ, 85043 | | Suppliers or Vendors | | | | 15,460.64 |
| 8 | CIT Group Commercial Services<br>301 S Tryon St<br>Charlotte, NC, 28282 | | Services | | | | 14,997.67 |

Debtor Kesa LLC Case number (if known)

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hooker Furnishing Corp<br>PO Box 4708<br>Martinsville, VA, 24112 | | Suppliers or Vendors | | | | 11,328.66 |
| 10 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 10,918.63 |
| 11 | Revolutionary Retail<br>7353-A West Friendly Ave<br>Greensboro, NC, 27410 | | Suppliers or Vendors | | | | 10,386.94 |
| 12 | Bedgear LLC<br>200 Sea Lane<br>Farmingdale, NY, 11735 | | Suppliers or Vendors | | | | 7,761.12 |
| 13 | MASSA GALLERY CORP<br>118 Tuckahoe Rd<br>Sewell, NJ, 08080 | | Suppliers or Vendors | | | | 6,113.00 |
| 14 | Malouf<br>1525 W 2960 S<br>Logan, UT, 84321 | | Suppliers or Vendors | | | | 4,881.00 |
| 15 | Gable Signs & Graphics, Inc.<br>7440 Fort Smallwood Rd<br>Curtis Bay, MD, 21226 | | Suppliers or Vendors | | | | 4,332.13 |
| 16 | Thompson International Inc.<br>635 N Billy Mitchell Rd, Suite B<br>Salt Lake City, UT, 84116 | | Suppliers or Vendors | | | | 2,550.85 |
| 17 | Comptroller of Maryland<br>7 St Paul St<br>Baltimore, MD, 21202 | | Taxes & Other Government Units | | | | 1,531.19 |
| 18 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI, 53158 | | Suppliers or Vendors | | | | 619.11 |
| 19 | Washington County Treasurer<br>35 West Washington Street, Suite 102<br>Hagerstown, MD, 21740 | | Taxes & Other Government Units | | | | 0.00 |
| 20 | | | | | | | |

**United States Bankruptcy Court**

**IN RE:** Case No.____________________

Kesa LLC

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Beatrice Fomumen<br>19 Observation Ct Apt 304, Germantown, MD 20876 | 17.5 | Other (LLC Member) |
| Waleed Alashmali<br>123 Noels Pl, Tappahannock, VA 22560 | 8.75 | Other (LLC Member) |
| Tawfik Almareh<br>123 Noels Pl, Tappahannock, VA 22560 | 8.75 | Other (LLC Member) |
| Samir Abu Ajaj<br>9927 Miles Stone Ct, Vienna, VA 22181 | 34.5 | Managing member |
| Kiet Anh Nguyen<br>20108 Mackintosh Ln #31, Germantown, MD 20876 | 30.5 | Other (LLC Member) |

NextChapter www.nextchapterbk.com

**Fill in this information to identify the case and this filing:**

Debtor Name Kesa LLC

United States Bankruptcy Court for the: District of Maryland (State)

Case number (*If known*):

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/20/2026
MM / DD / YYYY

✘ /s/ Samir Abu Ajaj
Signature of individual signing on behalf of debtor

Samir Abu Ajaj
Printed name

Managing Member
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Kesa LLC** | : | **Case No. _______** |
| | : | |
| **Debtor.** | : | |

CERTIFICATE OF ADOPTION OF AUTHORIZING RESOLUTION

This is to certify that, by consent of the Members of **Kesa LLC**, a Maryland Limited Liability Company, on August 20, 2026, with a quorum of members present, the following resolution was duly adopted:

1. Chapter 11 Filing. Resolved, that it is advisable and in the best interests of the Company that the Company file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the appropriate United States Bankruptcy Court, and such filing is hereby authorized and approved.

2. Retention of Professionals. Resolved, that the Company is authorized to retain bankruptcy counsel and such other attorneys, advisors, accountants, financial advisors, consultants, and agents as the Manager Samir Abu Ajaj may deem necessary or advisable to represent and assist the Company in carrying out the Chapter 11 case and related matters, on such terms as that Manager approves.

3. Authorization of Filings and Related Documents. Resolved, that the Manager Samir Abu Ajaj is authorized and directed, in the name and on behalf of the Company, to prepare, execute, verify, and file the voluntary petition, creditor matrix, schedules of assets and liabilities, statement of financial affairs, lists, declarations, affidavits, certifications, first-day motions, applications, pleadings, and all other documents that such persons deem necessary or appropriate in connection with the Chapter 11 filing, and to take all steps to obtain all necessary approvals and orders.

4. Further Actions. Resolved, that the Manager Samir Abu Ajaj is authorized and directed to take any and all further actions, to execute and deliver all such instruments, documents, certificates, and notices, and to pay such fees and expenses as they deem necessary or advisable to carry out the intent and purposes of the foregoing resolutions, including opening debtor-in-possession accounts and complying with the requirements of the Bankruptcy Code and applicable rules.

_/s/ Samir Abu Ajaj____ ___________
Managing Member

United States Bankruptcy Court
District of Maryland

In re: Kesa LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 8/20/2026

/s/ Samir Abu-ajaj
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

NextChapter www.nextchapterbk.com

A.G. Adjustments Ltd
PO Box 9090
Melville, NY 11747

Beatrice Fomumen
19 Observation Ct Apt 304
Germantown
MD 20876

Bedgear LLC
200 Sea Lane
Farmingdale, NY 11735

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046

Campbell Sales Group Inc.
2118 Mercantile Dr.
Leland, NC 28451

CIT Group Commercial Services
301 S Tryon St
Charlotte, NC 28282

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Continental Furniture Brands LLC
P.O. Box 836
Pontotoc, MS 38863

Furniture Values International LLC
601 North 75th Avenue
Phoenix, AZ 85043

Gable Signs & Graphics, Inc.
7440 Fort Smallwood Rd
Curtis Bay, MD 21226

Hagerstown Premium Outlets LLC
225 W Washington St
Indianapolis, IN 46204

HighRock Studios Inc
20140 Scholar Drive, Suite 316
Hagerstown, MD 21742

Hooker Furnishing Corp
PO Box 4708
Martinsville, VA 24112

NextChapter www.nextchapterbk.com

Intercon Inc.
635 N Billy Mitchell Rd
Salt Lake City, UT 84116

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kiet Anh Nguyen
20108 Mackintosh Ln #31
Germantown
MD 20876

Kind & Dashoff
1 Church Ln
Pikesville, MD 21208

Malouf
1525 W 2960 S
Logan, UT 84321

MASSA GALLERY CORP
118 Tuckahoe Rd
Sewell, NJ 08080

Revolutionary Retail
7353-A West Friendly Ave
Greensboro, NC 27410

Samir Abu Ajaj
9927 Miles Stone Ct
Vienna
VA 22181

Setliff Law PC
4940 Dominion Blvd
Glen Allen, VA 23060

Tawfik Almareh
123 Noels Pl
Tappahannock
VA 22560

Thompson International Inc.
635 N Billy Mitchell Rd, Suite B
Salt Lake City, UT 84116

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158

NextChapter www.nextchapterbk.com

Waleed Alashmali
123 Noels Pl
Tappahannock
VA 22560

Washington County Treasurer
35 West Washington Street, Suite 102
Hagerstown, MD 21740

Woodhaven Enterprises LLC
P.O. Box 716179
Cincinnati, OH 45271

YVS Law LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401

NextChapter
www.nextchapterbk.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Kesa LLC** | : | **Case No. _____________** |
| | : | |
| **Debtor.** | : | |
| | : | |

Statement Under Penalty of Perjury

I declare under penalty of perjury that no recent balance sheet, statement of operations, or cash-flow statement has been prepared with respect to the Debtor, other than that as part of the tax return filed herewith. Our most recent federal income tax return is attached.

/s/ Samir Abu Ajaj_______________
Managing Member

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2025**

For calendar year 2025 or tax year beginning , ending

| | |
|---|---|
| A S election effective date | 1/1/2023 |
| B Business activity code number (see instructions) | 449110 |
| C Check if Sch. M-3 attached | ☐ |
| Name | KESA LLC |
| Number and street. If a P.O. box, see instructions. | 900 PREMIUM OUTLETS BLVD |
| Room or suite no. | |
| City or town | Hagerstown |
| State or province | MD |
| Country | |
| ZIP or foreign postal code | 21740 |
| D Employer identification number | 92-2654676 |
| E Date incorporated | 2/14/2023 |
| F Total assets (see instructions) | $ 538,317 |

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination

I Enter the number of shareholders who were shareholders during any part of the tax year . . . 5

J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| Section | Line | Description | Sub | Line | Amount |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 2,156,112 **b** Less returns and allowances 116,531 **c** Balance | | 1c | 2,039,581 |
| | 2 | Cost of goods sold (attach Form 1125-A) | | 2 | 1,154,481 |
| | 3 | Gross profit. Subtract line 2 from line 1c | | 3 | 885,100 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) | | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 | | 6 | 885,100 |
| Deductions (see instructions for limitations) | 7 | Compensation of officers (see instructions — attach Form 1125-E) | | 7 | |
| | 8 | Salaries and wages (less employment credits) | | 8 | 115,232 |
| | 9 | Repairs and maintenance | | 9 | |
| | 10 | Bad debts | | 10 | |
| | 11 | Rents | | 11 | 376,242 |
| | 12 | Taxes and licenses | | 12 | 38,890 |
| | 13 | Interest (see instructions) | | 13 | |
| | 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 14 | 7,052 |
| | 15 | Depletion **(do not deduct oil and gas depletion.)** | | 15 | |
| | 16 | Advertising | | 16 | 86,455 |
| | 17 | Pension, profit-sharing, etc., plans | | 17 | |
| | 18 | Employee benefit programs | | 18 | |
| | 19 | Energy efficient commercial buildings deduction (attach Form 7205) | | 19 | |
| | 20 | Other deductions (attach statement) | | 20 | 285,586 |
| | 21 | **Total deductions.** Add lines 7 through 20 | | 21 | 909,457 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | | 22 | -24,357 |
| Tax and Payments | 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | |
| | b | Tax from Schedule D (Form 1120-S) | 23b | | |
| | c | Add lines 23a and 23b (see instructions for additional taxes) | | 23c | 0 |
| | 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | |
| | b | Tax deposited with Form 7004 | 24b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | |
| | d | Elective payment election amount from Form 3800 | 24d | | |
| | z | Add lines 24a through 24d | | 24z | 0 |
| | 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 25 | |
| | 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | 26 | 0 |
| | 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | 27 | 0 |
| | 28 | Enter amount from line 27: **a Credited to 2026 estimated tax** **b Refunded** | | 28b | 0 |
| | | **d** Type: ☐ Checking ☐ Savings | | | |
| | c | Routing number | | | |
| | e | Account number | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

Signature of officer | Date | Title CEO

**Paid Preparer Use Only**

| | |
|---|---|
| Preparer's name | Ramsaran Dasai cpa |
| Preparer's signature | [signature] |
| Date | 7/13/2026 |
| Check ☒ if self-employed | |
| PTIN | P00161328 |
| Firm's name | R S. Dasai & Associates |
| Firm's EIN | 27-4846284 |
| Firm's address | 10010B Colesville Road |
| City | Silver Spring |
| State | MD |
| Phone no. | (301) 754-2441 |
| ZIP code | 20901 |

## Schedule B Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a [ ] Cash b [X] Accrual c [ ] Other (specify) | | |
| 2 | See the instructions and enter the: a Business activity Retail Furniture Sales b Product or service Products | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock | | |
| | (ii) Total shares of non-restricted stock | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year | | |
| | (ii) Total shares of stock outstanding if all instruments were executed | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount [ ]<br>If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense.<br>If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000.<br>If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B Other Information (see instructions) *(continued)*

| Line | Question | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099? | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Does the corporation intend to self-certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," complete and attach Form 8996. Enter the amount (if any) from Form 8996, line 15 $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | |
| 17 | Reserved for future use | | |

## Schedule K Shareholders' Pro Rata Share Items

| Section | Line | Item | Box | | Total amount |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | | 1 | -24,357 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | 2 | |
| | 3a | Other gross rental income (loss) | 3a | | |
| | b | Expenses from other rental activities (attach statement) | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | 3c | 0 |
| | 4 | Interest income | | 4 | |
| | 5 | Dividends: a Ordinary dividends | | 5a | |
| | | b Qualified dividends | 5b | | |
| | 6 | Royalties | | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | 9 | |
| | 10 | Other income (loss) (see instructions) Type: | | 10 | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | 11 | |
| | 12a | Cash charitable contributions | | 12a | |
| | b | Noncash charitable contributions | | 12b | |
| | c | Investment interest expense | | 12c | |
| | d | Section 59(e)(2) expenditures Type: | | 12d | |
| | e | Other deductions (see instructions) Type: | | 12e | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | 13a | |
| | b | Low-income housing credit (other) | | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | 13c | |
| | d | Other rental real estate credits (see instructions) Type: | | 13d | |
| | e | Other rental credits (see instructions) Type: | | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | | 13f | |
| | g | Other credits (see instructions) Type: | | 13g | |
| International | 14a | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1120-S) ☐ | | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | 15a | |
| | b | Adjusted gain or loss | | 15b | |
| | c | Depletion (other than oil and gas) | | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | | 15e | |
| | f | Other AMT items (attach statement) | | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | 16a | |
| | b | Other tax-exempt income | | 16b | |
| | c | Nondeductible expenses | | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | | 16d | |
| | e | Repayment of loans from shareholders | | 16e | |
| | f | Foreign taxes paid or accrued | | 16f | |

## Schedule K Shareholders' Pro Rata Share Items *(continued)*

| | | | | Total amount |
|---|---|---|---|---|
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| Recon-ciliation | 18 | **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f | 18 | -24,357 |

## Schedule L Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | 36,000 | | 48,262 | |
| b Less allowance for bad debts | 92,202 | ( 56,202) | | 48,262 |
| 3 Inventories | | 499,700 | | 416,798 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 92,202 | | 92,202 | |
| b Less accumulated depreciation | 11,893 | 80,309 | 18,945 | 73,257 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | 0 | | 0 |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | 0 | | 0 |
| 14 Other assets (attach statement) | | | | |
| 15 Total assets | | 523,807 | | 538,317 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach statement) | | 130,000 | | |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 1,350,000 | | 1,350,000 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | ( 10,551) | | ( 34,908) |
| 25 Adjustments to shareholders' equity (attach statement) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,469,449 | | 1,315,092 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -24,357 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): a Tax-exempt interest $ | 0 |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | 6 | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): a Depreciation $ | 0 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e, and 16f (itemize): a Depreciation $ b Travel and entertainment $ | 0 | 7 | Add lines 5 and 6 | 0 |
| 4 | Add lines 1 through 3 | -24,357 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -24,357 |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -10,551 | | | |
| 2 | Ordinary income from page 1, line 22 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | -24,357 | | | |
| 5 | Other reductions | | | | |
| 6 | Combine lines 1 through 5 | -34,908 | 0 | 0 | 0 |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -34,908 | 0 | 0 | 0 |

## Line 20 (1120S) - Other Deductions

| | | | |
|---|---|---|---|
| 1 | Automobile and truck expenses | 1 | 28,819 |
| 2 | Bank charges | 2 | 19,458 |
| 3 | Delivery | 3 | 44,293 |
| 4 | Insurance | 4 | 7,200 |
| 5 | Legal and professional fees | 5 | 10,350 |
| 6 | Office expenses | 6 | 7,346 |
| 7 | Sales and promotion expenses | 7 | 97,365 |
| 8 | Software & Tech | 8 | 8,858 |
| 9 | Utilities | 9 | 61,897 |
| 10 | Total other deductions | 10 | 285,586 |

## Line 17d, Sch K (1120S) - Other Items and Amounts

| | | | |
|---|---|---|---|
| AC | Code AC - Gross receipts for section 448(c) | AC | 2,224,776 |

## Line 18, Sch L (1120S) - Other Current Liabilities

| | | | Beginning | | End |
|---|---|---|---|---|---|
| 1 | Rent | 1 | 130,000 | | |
| 2 | Total other current liabilities | 2 | 130,000 | | 0 |

## Line 5 (1125-A) - Other Costs for Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Freight Transportation | 1 | 61,500 |
| 2 | Total other costs | 2 | 61,500 |
| 3 | Total other costs less expenses for offsetting credits | 3 | 61,500 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No 1545-0172
**2025**
Attachment Sequence No **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| KESA LLC | 1120S - Retail Furniture Sales | 92-2654676 |

**Part I** **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | 8 | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | 9 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | 0 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation** (**Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** **MACRS Depreciation** (**Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 7,052 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2025 Tax Year Using the General Depreciation System**

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

**For Paperwork Reduction Act Notice, see separate instructions.**
HTA

## Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 7,052 |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

## Part V Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

c Do you own, lease, or charter an aircraft? Check all that apply. See instructions ☐ Own ☐ Lease ☐ Charter

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | 28 | 0 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | 29 | 0 |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

# Summary of Unadjusted Basis of Qualified Property (4562)

12/31/2025

## Summary of Qualified Property by Activity

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| 1 | 1120S | 92,202 |

## Detail of Qualified Property

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| 2 | 1120S | Equipment | 4/14/2023 | 5.0 | 3 | 7,204 | 100.00% | 7,204 |
| 3 | 1120S | R | 2/14/2023 | 15.0 | 3 | 84,998 | 100.00% | 84,998 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

Form **1125-A**
(Rev. November 2024)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

**Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
**Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| KESA LLC | 92-2654676 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 499,700 |
| 2 | Purchases | 2 | 1,010,079 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | 61,500 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,571,279 |
| 7 | Inventory at end of year | 7 | 416,798 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,154,481 |

9a Check all methods used for valuing closing inventory. See instructions.

*(i)* ☐ Cost

*(ii)* ☐ Lower of cost or market

*(iii)* ☐ Other (specify method used and attach explanation)

For certain small business taxpayers, alternative methods of accounting for inventories:

*(iv)* ☐ Non-incidental materials and supplies method

*(v)* ☐ AFS method

*(vi)* ☐ Non-AFS method

b Check if there was a writedown of subnormal goods ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ☐

d *(i)* If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO **9d(i)**

*(ii)* If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve **9d(ii)**

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S**
▶ **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| KESA LLC | 92-2654676 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned (d) Common | Percent of stock owned (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| 1 KIET A NGUYEN | | 100.00% | 31.75% | % | |
| SAMIR ABU AJAJ | | 50.00% | 35.75% | % | |
| BEATRICE FOMUNEN | | % | 15.00% | % | |
| WALEED ALASHMALI | | % | 8.75% | % | |
| TAWFIK ALMAREH | | % | 8.75% | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers | 2 | |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.**
HTA