**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **In re:** | **Chapter 11 (Subchapter V)** |
| **Kesa LLC** | **Case No. 26-19154** |
| **Debtor.** | |

AFFIDAVIT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND SECTION 327 OF THE BANKRUPTCY CODE

Daniel M. Press, an attorney, affirms and declares under penalty of perjury as follows:

1. I am an attorney with the Law Offices of Daniel M. Press, which maintains offices for the practice of law at 201 Washington St., Cumberland MD 21502.

2. I am admitted to practice before the Courts of the Commonwealth of Virginia, State of Maryland, District of Columbia, the United States District Courts for the District of Maryland, Eastern and Western Districts of Virginia, District of Columbia, Northern District of California, Eastern District of Missouri, Eastern District of Michigan, Northern District of Ohio, and District of Puerto Rico, including the Bankruptcy Courts situated therein, the U.S. Courts of Appeals for the 4th, D.C., 3rd, 9th, and Federal Circuits, and the U.S Supreme Court.

3. I submit this affidavit in support of the application of Kesa LLC (the "Debtor") to employ me as counsel to represent the Debtor in this chapter 11 case. Insofar as I have been able to ascertain after reasonable investigation, I have no connection with the Debtor, other than as attorney in this case, nor with its creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as follows:

None.

4. The Debtor desires to employ me under a general retainer because of the diverse

legal services that are likely to be required. Subject to the approval of the Court, the Debtors have agreed to compensate me at my usual hourly rates and to reimburse me for my expenses, charges and disbursements.

5. Insofar as I have been able to ascertain, I am a disinterested person within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

6. I will not, while engaged in this case, undertake representation of any other entity in connection therewith.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2026.

_/s/ Daniel M. Press___________
Daniel M. Press