**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| **Kesa LLC** | : | **Case No. 26-19154** |
| **Debtors.** | : | |

ORDER APPROVING EMPLOYMENT OF COUNSEL

UPON CONSIDERATION of Debtor's Application for an Order authorizing and designating Daniel M. Press to perform legal services on behalf of the Debtor, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that Daniel M. Press is hereby authorized and designated to perform legal services for the Debtor as necessary to assist the Debtor with respect to this case. This Order shall be effective *nunc pro tunc* to August 20, 2026.

Copies to:

Debtor
Counsel for Debtor
U.S. Trustee

END OF ORDER