IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**Kesa LLC**<br>Debtor (s). | Bankruptcy Case No:<br><br>26-19154<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans, disclosures statement and other documents filed or served in this case.

Respectfully Submitted,

Dated: August 21, 2026

By: /s/ *L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344 6216
Fax: (301) 344-8431
Email: Jeanette.Rice@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2026 a copy of the foregoing Motion was mailed first-class, postage prepaid to:

No manual recipients

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Daniel M. Press dan@danpress.us, pressdm@gmail.com; danpress@recap.email
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

/s/ *L. Jeanette Rice*
L. Jeanette Rice