**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**Kesa LLC,**<br><br>Debtor. | Case No. 26-19154-MCR<br>Chapter 11 (Subchapter V) |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Monique D. Almy Bar, No: 04479
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2935
Email: malmy@crowell.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: August 21, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No.: 12933
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: jeanette.rice@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 21, 2026, a copy of the Notice of Appointment of Subchapter V Trustee was served via ECF notification to:

Daniel M. Press dan@danpress.us, pressdm@gmail.com, danpress@recap.email

*/s/ L. Jeanette Rice*
L. Jeanette Rice