**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Kesa LLC** | : | **Case No. 26-19154** |
| **Debtor.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of September, 2026, I caused a copy of the Notice of Commencement of the Case to be served first-class mail, postage pre-paid, upon all entities known to be holding money or property subject to withdrawal or order of the Debtor, as follows:

JP Morgan Chase Bank N.A.
1111 Polaris Pkwy
Columbus, OH 43240

/s/ Daniel M. Press
Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor