**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Kesa LLC** | : | **Case No. 26-19154** |
| **Debtor.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of September, 2026, I caused true and correct copies of the Scheduling Order (Docket #10) to be served by first-class mail, postage pre-paid, upon all creditors and parties in interest, per the attached matrix.

/s/ Daniel M. Press
Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

Label Matrix for local noticing
0416-0
Case 26-19154
District of Maryland
Greenbelt
Tue Sep 1 02:58:48 EDT 2026

Kesa LLC
900 Premium Outlets Blvd
Hagerstown, MD 21740-9540

A.G. Adjustments Ltd
PO Box 9090
Melville, NY 11747-9090

Beatrice Fomumen
19 Observation Ct Apt 304
Germantown
MD 20876-6413

(p)BEDGEAR LLC
200 SEA LANE
FARMINGDALE NY 11735-3900

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046-1081

CIT Group Commercial Services
301 S Tryon St
Charlotte, NC 28282-1915

Campbell Sales Group Inc.
2118 Mercantile Dr.
Leland, NC 28451-4103

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Continental Furniture Brands LLC
P.O. Box 836
Pontotoc, MS 38863-0836

Furniture Values International LLC
601 North 75th Avenue
Phoenix, AZ 85043-2111

Gable Signs & Graphics, Inc.
7440 Fort Smallwood Rd
Curtis Bay, MD 21226-1973

Hagerstown Premium Outlets LLC
225 W Washington St
Indianapolis, IN 46204-3435

HighRock Studios Inc
20140 Scholar Drive, Suite 316
Hagerstown, MD 21742-6507

Hooker Furnishing Corp
PO Box 4708
Martinsville, VA 24115-4708

Intercon Inc.
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-3090

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kiet Anh Nguyen
20108 Mackintosh Ln #31
Germantown
MD 20876-2706

Kind & Dashoff
1 Church Ln
Pikesville, MD 21208-3709

MASSA GALLERY CORP
118 Tuckahoe Rd
Sewell, NJ 08080-3836

Malouf
1525 W 2960 S
Logan, UT 84321-5798

Revolutionary Retail
7353-A West Friendly Ave
Greensboro, NC 27410-6233

Samir Abu Ajaj
9927 Miles Stone Ct
Vienna
VA 22181-5928

Setliff Law PC
4940 Dominion Blvd
Glen Allen, VA 23060-6766

Tawfik Almareh
123 Noels Pl
Tappahannock
VA 22560-5080

Thompson International Inc.
635 N Billy Mitchell Rd, Suite B
Salt Lake City, UT 84116-3090

Thomson International Inc dba Westwood Desig
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-2979

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305
By CM/ECF

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Waleed Alashmali
123 Noels Pl
Tappahannock
VA 22560-5080

Washington County Treasurer
35 West Washington Street, Suite 102
Hagerstown, MD 21740-4844

Woodhaven Enterprises LLC
P.O. Box 716179
Cincinnati, OH 45271-6179

YVS Law LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bedgear LLC
200 Sea Lane
Farmingdale, NY 11735

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 1 |
| Total | 34 |