**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **In re:**<br><br>**Kesa LLC**<br><br>**Debtor.** | **Chapter 11 (Subchapter V)**<br><br>**Case No. 26-19154** |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND LISTS**

PLEASE TAKE NOTICE that the Debtor is moving to extend his time to file its Schedules, Statements and Lists. Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Kesa LLC, debtor (the "Debtor"), through counsel, and respectfully moves for an extension of time until September 17, 2026, to file its Schedules, Statements and Lists. In support hereof, Debtor states as follows:

1. This Chapter 11, Subchapter V case was filed on August 20, 2026. Debtor's Schedules and related documents are due on September 3. 2026.

2. Debtor and counsel have been working on gathering the required information and preparing the schedules, but require additional time to complete them. As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting is scheduled for September 22, 2026, so a two-week extension to September 17 would provide the information to the U.S. and Subchapter V Trustees and

interested creditors 5 days in advance of the meeting, which should be a sufficient time to prepare.

WHEREFORE, Debtor respectfully requests a 2-week extension of time until September 17, 2026, to file its Schedules, Statements and Lists.

Dated: September 1, 2026.

Respectfully submitted,

_/s/ Daniel M. Press______________

Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

CERTIFICATE OF SERVICE

This is to certify that on this 1st day of September, 2026, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Jeanette Rice, Esq. Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

_/s/ Daniel M. Press______________
Daniel M. Press

Label Matrix for local noticing
0416-0
Case 26-19154
District of Maryland
Greenbelt
Tue Sep 1 02:58:48 EDT 2026

Kesa LLC
900 Premium Outlets Blvd
Hagerstown, MD 21740-9540

A.G. Adjustments Ltd
PO Box 9090
Melville, NY 11747-9090

Beatrice Fomumen
19 Observation Ct Apt 304
Germantown
MD 20876-6413

(p)BEDGEAR LLC
200 SEA LANE
FARMINGDALE NY 11735-3900

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046-1081

CIT Group Commercial Services
301 S Tryon St
Charlotte, NC 28282-1915

Campbell Sales Group Inc.
2118 Mercantile Dr.
Leland, NC 28451-4103

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Continental Furniture Brands LLC
P.O. Box 836
Pontotoc, MS 38863-0836

Furniture Values International LLC
601 North 75th Avenue
Phoenix, AZ 85043-2111

Gable Signs & Graphics, Inc.
7440 Fort Smallwood Rd
Curtis Bay, MD 21226-1973

Hagerstown Premium Outlets LLC
225 W Washington St
Indianapolis, IN 46204-3435

HighRock Studios Inc
20140 Scholar Drive, Suite 316
Hagerstown, MD 21742-6507

Hooker Furnishing Corp
PO Box 4708
Martinsville, VA 24115-4708

Intercon Inc.
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-3090

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kiet Anh Nguyen
20108 Mackintosh Ln #31
Germantown
MD 20876-2706

Kind & Dashoff
1 Church Ln
Pikesville, MD 21208-3709

MASSA GALLERY CORP
118 Tuckahoe Rd
Sewell, NJ 08080-3836

Malouf
1525 W 2960 S
Logan, UT 84321-5798

Revolutionary Retail
7353-A West Friendly Ave
Greensboro, NC 27410-6233

Samir Abu Ajaj
9927 Miles Stone Ct
Vienna
VA 22181-5928

Setliff Law PC
4940 Dominion Blvd
Glen Allen, VA 23060-6766

Tawfik Almareh
123 Noels Pl
Tappahannock
VA 22560-5080

Thompson International Inc.
635 N Billy Mitchell Rd, Suite B
Salt Lake City, UT 84116-3090

Thomson International Inc dba Westwood Desig
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-2979

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Waleed Alashmali
123 Noels Pl
Tappahannock
VA 22560-5080

Washington County Treasurer
35 West Washington Street, Suite 102
Hagerstown, MD 21740-4844

Woodhaven Enterprises LLC
P.O. Box 716179
Cincinnati, OH 45271-6179

YVS Law LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bedgear LLC
200 Sea Lane
Farmingdale, NY 11735

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 1 |
| Total | 34 |