**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 (Subchapter V)** |
| | : | |
| **Kesa LLC** | : | **Case No. 26-19154** |
| | : | |
| **Debtor.** | : | |
| | : | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND LISTS**

Upon consideration of the Motion of the Debtor for an extension of time until September 17, 2026, to file its Lists, Schedules and Statements, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Debtors shall have until September 17, 2026, to file their Schedules (with verification and summary) and Statement of Financial Affairs.

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee
Subchapter V Trustee

END OF ORDER