IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KESA LLC | * | Case No: 26-19154-MCR<br>(Chapter 11) |
| Debtor. | * | |

* * * * * * * * * * * * *

**NOTICE OF ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Gable Signs & Graphics, Inc. ("Gable"), by counsel, requests that all notices and pleadings given or required to be served in the above-captioned case be given to and served upon:

Paul Sweeney, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
psweeney@yvslaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure statement, plan of reorganization, plan of liquidation, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States Postal Service, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise pertaining to the above-captioned case.

The filing of this Notice of Appearance and Request for Service of Papers is not: (a) a waiver or release of Gable's rights against any person, entity or property; (b) a waiver or release of Gable's right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (c) a consent by Gable to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice of Appearance and Request for Service of Papers and Gable does not waive, and specifically preserves, all of its procedural and substantive defenses to any claim that may be asserted against Gable by the Debtor, including any defense based on the lack of jurisdiction of this Bankruptcy Court to entertain such claim and Gable's entitlement under Amendment VII of the Constitution of the United States to trial by jury; (d) an election of remedy; (e) a waiver or release of Gable's right to a jury trial in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b), and whether such jury trial right is pursuant to statute or the United States Constitution; or (f) a waiver of the right to move to withdraw the reference, and objection thereto, or any other proceedings, if any, which may be commenced in this case against or otherwise involving Gable.

Dated: September 1, 2026

*/s/ Paul Sweeney*
Paul Sweeney, 07072
YYS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
psweeney@yvslaw.com
*Counsel for Gable Signs & Graphics, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2026, notice of filing the Notice of Appearance and Request for Service of Papers was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

*/s/ Paul Sweeney*
Paul Sweeney

**The following parties received CM/ECF notice of the filing:**

Daniel M. Press, Esquire
(dan@danpress.us)
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502

**L. Jeanette Rice**
**(**jeanette.rice@usdoj.gov)
Office of the U. S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**US Trustee – Greenbelt**
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770