**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **KESA LLC** | ) | |
| | ) | **Case No.: 26-19154** |
| **Debtor(s).** | ) | |

# CREDITOR REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Outlet Village of Hagerstown Limited Partnership, as landlord (Creditor) and party in interest in the above case. The undersigned hereby requests copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, L.P.
Attn: Catherine M. Martin, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

*/s/ Catherine M. Martin*

Catherine M. Martin, Esq., Attorney for
Simon Property Group, L.P. and its related entities
Admitted *pro hac vice*
TN Bar No. 019472
PH: (317) 685-7263
E-mail address: cmartin@simon.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on September 2nd, 2026 via ECF Noticing to the persons of record.

By: __*/s/Catherine M. Martin*_________
Catherine M. Martin, Esq.