DANIEL M. PRESS
*Attorney at Law*

Law Offices of Daniel M. Press
201 Washington St
Cumberland MD 21502
703.725.7600
www.danpress.us

**Daniel M. Press**
dan@danpress.us

August 19, 2026

Kesa LLC
c/o Samir Abu-ajaj

Re: Bankruptcy Representation: Chapter 11

Dear Mr. Abu-ajaj:

You have indicated that you wish to retain the Law Offices of Daniel M. Press to prepare and file for bankruptcy on behalf of Kesa. LLC, under Chapter 11, Subchapter V, of the U.S. Bankruptcy Code, and advise and represent you generally with regard to your rights and responsibilities in bankruptcy. In consideration of the legal services to be rendered by the Law Offices of Daniel M. Press ("the law firm"), you appoint the law firm attorney in fact and in law with full authorization to do all things necessary and proper to achieve the most favorable result for you.

Under the applicable rules governing the legal profession, it is necessary that we explain in writing the basis for our legal fees. If you wish to retain us, our fee will be computed based on the time we expend on your case at our current hourly rate ($595.00 per hour), You may expect that I will do the majority of the work on this matter. Absent extraordinary circumstances, we will not increase our hourly rates for this matter during the pendency of the case in the Bankruptcy Court.

In addition to the foregoing hourly fee, you will be responsible for the reimbursement of actual costs. The filing fees in your case will be $1738.00. Other costs may include expenditures for additional filing fees, amendments to schedules, appraisals, subpoena and deposition fees, expert witness and consultant fees, reproduction costs, computer legal research and data storage, witness fees, transcripts, reporter's appearance, investigation fees, telephone calls, postage, travel, and all other disbursements necessary to the proper performance of legal services. Out-of-pocket disbursements are billed at the actual cost. In-house photocopies cost $0.25 per page, and mileage at $0.65 or the IRS rate, whichever is higher, per mile. No extraordinary expenses will be incurred without your prior approval. The firm reserves the right to require that certain costs, such as travel expenses, expert witness fees and deposition transcripts, be paid directly by the client, or be paid into escrow prior to such costs being incurred.

DMP



---

To establish our attorney-client relationship, you have agreed to advance the sum of $20,000 by wire transfer. The funds must come from the Debtor entity. This will be applied to pay for pre-filing services and the filing fee, with the remainder to be held to be applied to fees and disbursements approved by the Court. Any fees due after application of your fee advance, as determined by the Court after approval of a fee application and notice to you, must be paid promptly after Court approval. In order to facilitate this, we may send you periodic statements of fees for which we intend to seek approval, and we ask that you send that amount to be held in escrow until approved by the Court.

You understand that you will also be responsible for the fees of the Subchapter V Trustee. Typically, you will need to make a monthly payment of $1000-2000 towards their fees.

If not escrowed sooner, payment of fees and costs shall be made upon receipt of orders approving fees (or, after confirmation of your plan, upon receipt of invoices therefor), with payment received in our office no later than 15 days after the date of the order or invoice. Any statement which remains unpaid after 30 days will accrue a late fee at the rate of 1.5% per month on the unpaid balance. Should the matter be referred for collection or should we initiate a collection action in-house, you will be responsible for additional attorneys fees in an amount equal to one-third of the balance due. In addition, the law firm reserves the right to terminate our attorney-client relationship at any time for non-payment of any fee or for other good cause. You may also terminate this agreement at any time upon written notice to the law firm. However, you shall be responsible for all fees and charges until the law firm receives such notice.

You may terminate your employment of our firm at any time. We may, subject to Court approval, terminate this Agreement and withdraw from representing you if differences arise between us concerning your case, if you do not make the payments required by this Agreement, or for other good cause.

Your failure or refusal to comply with any court order or requirement will, in our discretion, permit us to seek to withdraw as counsel.

The law firm agrees to make diligent effort to see that you are informed at all times as to the status of all matters and as to the courses of action which are being followed, or are being recommended by the law firm. Copies of all written materials sent or received by the law firm will be provided to you at your expense.

You agree that we may maintain files regarding this matter electronically, and that documents may be scanned and the paper copies destroyed. You also agree that all copies of your file may be destroyed after 5 years.

---

If the above is your understanding of our agreement, and is satisfactory to you, please sign below. By signing below you acknowledge that this Agreement has been explained to you, that all of your questions have been adequately answered, and that you have received a copy of this Agreement.

Very truly yours,
Law Offices of Daniel M. Press

By: ____________________
Daniel M. Press

UNDERSTOOD AND AGREED TO:

Samir Abu-Ajaj ____________________ [SEAL]
Kesa. LLC
By: Samir Abu-ajaj, Managing Member

____________________
Date

DPM



---

ADDITIONAL TERMS:

1. ***Lien.*** You grant us an attorney's lien on any funds in our possession to the extent of our fee.

2. ***Disputes; Collections.*** Any dispute involving us filed in any court shall, upon our request, be transferred to (or dismissed and re-filed in) such state court in Allegany County, Maryland, as may have jurisdiction, or to the United States District Court for the District of Maryland, unless the Bankruptcy Court has jurisdiction. **YOU WAIVE TRIAL BY JURY AS TO ANY ACTION, PROCEEDING OR CLAIM BETWEEN US.** In addition to any other method allowed by applicable law, you agree that process in any lawsuit filed by us to redress a claimed default or breach of this Agreement may be served by sending it to your last known address by first class mail and certified mail, return receipt requested, and that the Court thereupon shall have personal jurisdiction over you with the same effect as if process had been personally served upon you in the state or jurisdiction in which the action is pending.

3. ***Termination; Representations, Disclosures and Disclaimers.*** Unless otherwise agreed, our obligation to represent you herein shall automatically terminate upon closure of the case. We cannot and have not guaranteed any specific results in any matter. We have made no representations as to the effect of the bankruptcy on the circumstances under which you may be able to obtain credit in the future. You authorize us to scan your file and retain only an electronic copy, and you authorize the secure destruction of your file five years after it is closed. Your faxed or electronic signature on a document shall be considered an original signature for all purposes.

4. ***Authorizations; Obligations to Provide Information.*** You authorize us to obtain information about your assets, credit (including credit reports), taxes, debts, income, expenses and other public and non-public information that will be used to verify and ensure the completeness of the information you provide to us. Such information may not be comprehensive or complete. It is obtained for background information and to aid our verification only. We will prepare your bankruptcy filings based upon information supplied by you. We will rely upon this information as being true, accurate, complete and correct. It is your responsibility to disclose your ownership and prior ownership of all assets, regardless of value. If a creditor is not listed, the debt to such creditor may not be discharged. If false, incorrect or incomplete information is included, or information is omitted, it can cause you additional effort and expense to remedy the error, may place the bankruptcy itself in jeopardy and could result in civil or criminal liability. It is vitally

important that the information included in the bankruptcy schedules be *complete and correct* to avoid any problems. You will review all documents filed as part of your bankruptcy case, and your signature on those documents signifies that you have read and understood them, and agree with their contents.

5. ***Risks in Bankruptcy.*** There are risks in filing for bankruptcy, including the possible loss of property. The law is subject to different interpretations and there are inherent risks in how Courts will apply various provisions, including how to compute or calculate income, how and when to liquidate assets or property, what exemptions apply, whether property may be sold to satisfy domestic support obligations, what chapter you qualify for, how payments to creditors or a Trustee are calculated and determined, how long a case will be pending, how your good faith will be judged in filling a case, and how and to what extent your finances will be subject to audit and examination.

6. ***Failure to Appear for Scheduled Meeting or Hearing.*** If you do not appear at any scheduled proceeding or if you fail to provide us with any required documents before the Meeting of Creditors, you agree to pay an additional hourly fee to cover our time for attending the rescheduled or additional hearing.

I HAVE READ AND HAD EXPLAINED TO ME THE ABOVE "SMALL PRINT" DISCLOSURES, AGREE TO FULLY COMPLY WITH THEM, AND UNDERSTAND THAT THEY FORM PART OF THE RETAINER AGREEMENT WITH MY ATTORNEY.

Samir Abu-Hajaj [SEAL] 8/20/2026

Kesa. LLC Date
By: Samir Abu-ajaj, Managing Member