United States Bankruptcy Court
District of Maryland

In re: Kesa LLC

Debtor(s)

Case No. 26-19154

Chapter 11

**Verification of Supplemental Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/21/2026

/s/ Samir Abu-ajaj
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

Columbia Gas of Maryland
PO Box 70322
Philadelphia PA 19176

Felix & Frances Guzman
128 LOUDON RD
Mercersburg, PA 17236

McNamee Hosea
6404 Ivy Ln Ste 820
Greenbelt, MD 20770

Samir Abu Ajaj
25468 Hopton house Terrace
Chantilly VA 20152

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2026, I caused the Debtor's supplemental matrix to be served on all parties affected thereby: the U.S. Trustee, the Subchapter V Trustee and all parties requesting notice by CMF as follows:

Monique Desiree Almy malmy@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com, monique-almy-7127@ecf.pacerpro.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

Paul Sweeney psweeney@yvslaw.com,jbeckman@yvslaw.com, pgomez@yvslaw.com, cadams@yvslaw.com, sweeneypr39990@notify.bestcase.com, r39990@notify.bestcase.com, vmichaelides@yvslaw.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

and (along with the Notice of Commencement) upon the affected creditors by first class mail, postage prepaid, addressed to all parties on the supplemental matrix filed herewith.

_/s/ Daniel M. Press__________

Daniel M. Press, VSB 07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com