**Fill in this information to identify the case:**

Debtor Name: Kesa LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 26-19154

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: AUGUST

Date report filed: 09/21/2026 (MM / DD / YYYY)

Line of business: FURNITURE RETAIL

NAISC code: 449110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: KESA LLC

Original signature of responsible party: [signature]

Printed name of responsible party: SAMIR AJ AJ / manager

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ______________________ Case number ______________________

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 3,220.64

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 58,570.20

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 30,238.76

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 28,331.44

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 31,552.08

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ __________

*(Exhibit E)*

Debtor Name ____________________ Case number____________________

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ________

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 10
27. What is the number of employees as of the date of this monthly report? 10

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 23,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 23,000.00
30. How much have you paid this month in other professional fees? $ ________
31. How much have you paid in total other professional fees since filing the case? $ ________

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ________ | – | $ 58,570.20 | = | $ ________ |
| 33. **Cash disbursements** | $ ________ | – | $ 30,238.76 | = | $ ________ |
| 34. **Net cash flow** | $ ________ | – | $ 28,331.44 | = | $ ________ |

35. Total projected cash receipts for the next month: $ 160,000.00
36. Total projected cash disbursements for the next month: - $ 165,000.00
37. Total projected net cash flow for the next month: = $ -5,000.00

Case number__________

## 8. Additional Information

*If available*, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

1:03 PM
09/17/26

# KESA LLC
## Payroll Summary
September 18, 2026

| | CHRISTINA JOHNS... | | ELIJAH A YOST | | EMMANUELA F JA... | | MAE S DANIELS | | PENNY C RISER | | SAMIR M ABU AJAJ | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Sep 18, ... | Hours | Sep 18, ... | Hours | Sep 18, ... | Hours | Sep 18, ... | Hours | Sep 18, ... | Hours | Sep 18, ... | Hours | Sep 18, 26 |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | | | | | |
| **Gross Pay** | | | | | | | | | | | | | | |
| **Salary** | | 0.00 | | 4,807.00 | | 0.00 | | 0.00 | | 0.00 | | 3,596.00 | | 8,403.00 |
| **Hourly** | 80 | 1,760.00 | | 0.00 | 78.06667 | 2,107.80 | 16.03333 | 320.67 | 54 | 837.00 | | 0.00 | 228.10 | 5,025.47 |
| **Total Gross Pay** | 80 | 1,760.00 | | 4,807.00 | 78.06667 | 2,107.80 | 16.03333 | 320.67 | 54 | 837.00 | | 3,596.00 | 228.10 | 13,428.47 |
| **Adjusted Gross Pay** | 80 | 1,760.00 | | 4,807.00 | 78.06667 | 2,107.80 | 16.03333 | 320.67 | 54 | 837.00 | | 3,596.00 | 228.10 | 13,428.47 |
| **Taxes Withheld** | | | | | | | | | | | | | | |
| **Federal Withholding** | | -167.00 | | -740.00 | | -189.00 | | 0.00 | | -56.00 | | -264.00 | | -1,416.00 |
| **Medicare Employee** | | -25.52 | | -69.70 | | -30.57 | | -4.65 | | -12.14 | | -52.15 | | -194.73 |
| **Social Security Employee** | | -109.12 | | -298.03 | | -130.68 | | -19.88 | | -51.90 | | -222.96 | | -832.57 |
| **MD - Withholding** | | -126.27 | | -364.48 | | -143.68 | | -14.72 | | 0.00 | | 0.00 | | -649.15 |
| **VA - Withholding** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **WV - Withholding** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Medicare Employee Addl Tax** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Total Taxes Withheld** | | -427.91 | | -1,472.21 | | -493.93 | | -39.25 | | -120.04 | | -539.11 | | -3,092.45 |
| **Net Pay** | **80** | **1,332.09** | | **3,334.79** | **78.06667** | **1,613.87** | **16.03333** | **281.42** | **54** | **716.96** | | **3,056.89** | **228.10** | **10,336.02** |
| **Employer Taxes and Contributions** | | | | | | | | | | | | | | |
| **Federal Unemployment** | | 0.00 | | 0.00 | | 0.00 | | 1.93 | | 0.00 | | 0.00 | | 1.93 |
| **Medicare Company** | | 25.52 | | 69.70 | | 30.57 | | 4.65 | | 12.14 | | 52.15 | | 194.73 |
| **Social Security Company** | | 109.12 | | 298.03 | | 130.68 | | 19.88 | | 51.90 | | 222.96 | | 832.57 |
| **MD - Unemployment** | | 0.00 | | 0.00 | | 0.00 | | 0.96 | | 1.56 | | 3.92 | | 6.44 |
| **Total Employer Taxes and Contributions** | | **134.64** | | **367.73** | | **161.25** | | **27.42** | | **65.60** | | **279.03** | | **1,035.67** |

**Merchant Statement**

KURV
250 WEST HURON ROAD, SUITE 400
CLEVELAND, OH 44113
CUSTOMER SUPPORT: 800-615-1330

| | | |
|---|---|---|
| Processing Month: | 08-26 | 9278 |
| Association Number: | 107840 | |
| Merchant Number: | 278000000232632 | |
| Routing Number: | xxxxx0037 | |
| Deposit Account Number: | xxxxxx5206 | |

Amount Deducted:
$839.40

TIM'S FURNITURE MART
SAMIR ABU-AJAJ
900 PREMIUM OUTLETS BLVD
HAGERSTOWN MD 21740-9540

**Plan Summary**

| *Plan Code* | *Number of Sales* | *Amount of Sales* | *Number of Credits* | *Amount of Credits* | *Net Sales* | *Average Ticket* | *Disc P/I* | *Disc %* | *Discount Due* |
|---|---|---|---|---|---|---|---|---|---|
| VS | 57 | 108,795.97 | 08 | 16,476.20 | 92,319.77 | 1,908.70 | | 1.2000 | 1,305.55 |
| MC | 22 | 62,474.52 | 03 | 2,403.34 | 60,071.18 | 2,839.75 | | 1.2000 | 749.70 |
| AM | 02 | 3,000.00 | 00 | .00 | 3,000.00 | 1,500.00 | | 1.2000 | 36.00 |
| DS | 02 | 714.46 | 00 | .00 | 714.46 | 357.23 | | 1.2000 | 8.58 |
| DB | 00 | .00 | 00 | .00 | .00 | .00 | | | .00 |
| EB | 00 | .00 | 00 | .00 | .00 | .00 | 0.75000 | | .00 |
| ** | **83** | **174,984.95** | **11** | **18,879.54** | **156,105.41** | **2,108.25** | | | **2,099.83** |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Net Deposit |
|---|---|---|---|---|---|---|---|---|
| 03 | 90001210002 | D | T | 02 | 2,756.00 | .00 | 93.52 | 2,662.48 |
| 03 | 90001220001 | D | T | 01 | 400.00 | .00 | 12.20 | 387.80 |
| 03 | 90001200001 | D | T | 01 | 5,200.00 | .00 | 104.25 | 5,095.75 |
| 05 | 90001230004 | D | T | 02 | 860.50 | 2,150.00 | 12.35 | -1,301.85 |
| 05 | 90001240001 | D | T | 01 | 83.74 | .00 | 2.96 | 80.78 |
| 07 | 90001250006 | D | T | 06 | 9,319.57 | .00 | 323.50 | 8,996.07 |
| 10 | 90001260001 | D | T | 01 | 1,600.00 | .00 | 37.45 | 1,562.55 |
| 10 | 90001350002 | D | T | 02 | 7,748.00 | .00 | 318.21 | 7,429.79 |
| 10 | 90001270004 | D | T | 04 | 7,845.40 | .00 | 110.51 | 7,734.89 |
| 10 | 90001280002 | D | T | 02 | 3,321.00 | .00 | 109.31 | 3,211.69 |
| 11 | 90001300001 | D | T | 01 | 1,500.00 | .00 | 53.30 | 1,446.70 |
| 11 | 90001290002 | D | T | 02 | 239.00 | .00 | 6.36 | 232.64 |
| 12 | 90001310004 | D | T | 02 | 1,003.94 | 623.28 | 23.41 | 357.25 |
| 12 | 90001360001 | D | T | 01 | 3,900.00 | .00 | 148.40 | 3,751.60 |
| 13 | 90001320001 | D | T | 01 | 1,350.00 | .00 | 17.50 | 1,332.50 |
| 17 | 90001340002 | D | T | 02 | 2,399.00 | .00 | 85.05 | 2,313.95 |
| 17 | 90001330001 | D | T | 01 | 6,000.00 | .00 | 198.20 | 5,801.80 |
| 17 | 90001350007 | D | T | 07 | 17,564.26 | .00 | 435.61 | 17,128.65 |
| 17 | 90001360001 | D | T | 01 | 316.94 | .00 | 9.28 | 307.66 |
| 18 | 90001370001 | D | T | 01 | 3,572.20 | .00 | 125.53 | 3,446.67 |
| 19 | 90001380002 | D | T | 02 | 10,000.00 | .00 | 125.94 | 9,874.06 |
| 20 | 90001390003 | D | T | 02 | 2,900.00 | 2,837.00 | 76.02 | -13.02 |
| 21 | 90001400001 | D | T | 00 | .00 | 2,895.56 | .30 | -2,895.86 |
| 24 | 90001410004 | D | T | 04 | 11,894.00 | .00 | 399.24 | 11,494.76 |
| 24 | 90001420005 | D | T | 05 | 8,478.54 | .00 | 289.06 | 8,189.48 |
| 24 | 90001430002 | D | T | 02 | 1,784.08 | .00 | 61.53 | 1,722.55 |
| 25 | 90001370001 | D | T | 00 | .00 | 2,057.70 | .60 | -2,058.30 |
| 25 | 90001450002 | D | T | 02 | 10,500.00 | .00 | 246.57 | 10,253.43 |
| 26 | 90001440003 | D | T | 01 | 2,064.24 | 2,250.00 | 68.92 | -254.68 |
| 26 | 90001460003 | D | T | 03 | 8,980.00 | .00 | 215.15 | 8,764.85 |
| 28 | 90001470007 | D | T | 05 | 4,629.42 | 6,066.00 | 119.96 | -1,556.54 |
| 28 | 90001480001 | D | T | 01 | 3,500.00 | .00 | 95.05 | 3,404.95 |
| 31 | 90001490002 | D | T | 02 | 1,151.16 | .00 | 38.81 | 1,112.35 |
| 31 | 90001500008 | D | T | 08 | 19,523.82 | .00 | 519.23 | 19,004.59 |
| 31 | 90001510005 | D | T | 05 | 12,600.14 | .00 | 352.84 | 12,247.30 |
| | **Deposit Totals** | | | **83** | **174,984.95** | **18,879.54** | **4,836.12** | **151,269.29** |

## Chargebacks

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Net Deposit |
|---|---|---|---|---|---|---|---|---|
| 10 | 90001290001 | B | T | 01 | 1,828.50 | .00 | .00 | 1,828.50 |
| 11 | 90001960003 | B | T | 01 | 1,427.82 | .00 | .00 | 1,427.82 |
| 19 | 90001050001 | C | T | 01 | 1,651.48 | .00 | .00 | 1,651.48 |
| | **Chargeback Totals** | | | **03** | **-1,604.84** | **.00** | **.00** | **-1,604.84** |

## Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 02 | | | 0.15000 | AM Auth | .00 | .30 |
| 02 | | | 0.15000 | DS Auth | .00 | .30 |
| 32 | | | 0.15000 | MC Auth | .00 | 4.80 |
| 73 | | | 0.15000 | VS Auth | .00 | 10.95 |
| | | | | | Total Authorization Fees: | 16.35 |
| **TRANSACTION FEES:** | | | | | | |
| 02 | 714.46 | | | DS Network Processing | .20 | .20 |
| 22 | 62474.52 | | | MC Network Processing | 2.20 | 2.20 |
| 57 | 108795.97 | | | VS Network Processing | 5.70 | 5.70 |
| 02 | | | 45.00000 | Re-Presentments | .00 | 90.00 |
| 01 | | | 45.00000 | Chargeback Processing | .00 | 45.00 |
| 35 | | | 0.30000 | Batch Header | 10.50 | 10.50 |
| | | | | | Total Transaction Fees: | 153.60 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 04 | 6223.08 | | | VS CPS Retail Check DB | 50.38 | 50.38 |
| 03 | 7286.69 | | | VS Non Qualification Cons CR | 229.83 | 229.83 |
| 01 | 3500.00 | | | VS VT Product 2 | 52.95 | 52.95 |
| 02 | 3267.64 | | | VS VTR Product 2 | 54.11 | 54.11 |
| 03 | 3217.06 | | | VS VS Product 2 | 53.38 | 53.38 |
| 18 | 34157.24 | | | VS VSP Product 2 | 719.11 | 719.11 |
| 01 | 2855.00 | | | VS VIQ Product 2 | 65.77 | 65.77 |
| 01 | 7000.00 | | | VS InterReg Super Prem Base | 138.60 | 138.60 |
| 22 | 41161.26 | | | VS US REG DB | 25.41 | 25.41 |
| 02 | 128.00 | | | VS CPS Retail PPD | 1.78 | 1.78 |
| 01 | 3573.20 | | | MC Merit3 CR | 59.06 | 59.06 |
| 01 | 400.00 | | | MC Enhanced Merit3 Base | 7.30 | 7.30 |
| 01 | 316.94 | | | MC Key Entered DB | 5.38 | 5.38 |
| 03 | 9400.00 | | | MC Merit3 DB | 99.15 | 99.15 |
| 02 | 4600.00 | | | MC World Merit3 | 87.60 | 87.60 |
| 02 | 7398.00 | | | MC World Elite Merit1 | 192.55 | 192.55 |
| 07 | 29336.56 | | | MC World Elite Merit3 | 675.43 | 675.43 |
| 04 | 4801.94 | | | MC High Value Merit3 Base 1 | 110.85 | 110.85 |
| 01 | 2647.88 | | | MC US REGF Cons POS DB Adj | 1.54 | 1.54 |
| 02 | 3000.00 | | | AM Retail Tier 3 | 75.20 | 75.20 |
| 01 | 675.46 | | | DS Retail Cons Core Plus | 11.72 | 11.72 |
| 01 | 39.00 | | | DS PSL Retail DB | .59 | .59 |
| | | | | | Total Interchange Fees / American Express Program Fees: | 2717.69 |
| **CARD BRAND FEES:** | | | | | | |
| 28 | | | | VS NAPF Domestic CR Authorization | .00 | .55 |
| 02 | 2350.00 | | | VS Commercial Solutions Fee | .00 | .24 |
| 11 | 23762.89 | | | VS US Domestic Digital Commerce Services | .00 | 3.56 |
| 01 | 7000.00 | | | VS Intl Acquirer IAF | .00 | 31.50 |
| 01 | | | | VS NAPF Intl CR Authorization | .00 | .04 |
| 01 | 7000.00 | | | VS US Acquirer ISA Base Purchase | .00 | 70.00 |
| 36 | | | | VS NAPF Domestic DB Authorization | .00 | .56 |
| 03 | 7286.69 | | | VS Transaction Integrity Fee | .00 | .30 |
| 29 | 61283.63 | | | VS US Acquirer Service Fee CR | .00 | 85.80 |
| 28 | 47512.34 | | | VS US Acquirer Service Fee DB | .00 | 61.77 |
| 65 | 125272.17 | | | VS BASE II Transmission Fee | .00 | .16 |
| 04 | 9294.70 | | | VS Acquirer CR Voucher Fee CR | .00 | .08 |
| 04 | 7181.50 | | | VS Acquirer CR Voucher Fee DB PPD | .00 | .06 |
| 13 | 48656.76 | | | MC Acquirer Brand Volume Above | .00 | 72.99 |
| 09 | 13817.76 | | | MC Acquirer Brand Volume | .00 | 19.34 |
| 22 | 62474.52 | | | MC Acquirer License Fee | .00 | 7.81 |
| 03 | 2403.34 | | | MC NABU Returns | .00 | .06 |
| 29 | | | | MC NABU Authorization | .00 | .57 |
| 32 | | | | MC Safety Net Acquirer Fee | .00 | .02 |
| 05 | 9801.34 | | | MC US MOTO Authorization Domestic Approved | .00 | 1.47 |
| 05 | 17271.00 | | | MC US MOTO Authorization Domestic Declines | .00 | 2.59 |
| 10 | 27072.34 | | | MC Digital Enablement Fee | .00 | 4.10 |
| 02 | 3000.00 | | | AM Acquirer Transaction Fee | .00 | .04 |

| | | | | | |
|---|---|---|---|---|---|
| 02 | 3000.00 | | AM US Assessment Fee | .00 | 4.95 |
| 02 | 714.46 | | DS Acquirer Assessment Fee | .00 | 1.00 |
| 02 | 714.46 | | DS Data Usage Fee | .00 | .01 |
| 02 | | | DS Network Authorization Fee | .00 | .04 |
| 83 | 174984.95 | | Card Brand Network & Reporting Fees | .00 | 15.34 |
| | | | | Total Card Brand Fees: | 384.95 |

**OTHER FEES:**

| | | | | | |
|---|---|---|---|---|---|
| 01 | | 10.00 | Monthly Access | .00 | 10.00 |
| 01 | | 250.00 | PCI Non-Compliance | .00 | 250.00 |
| 01 | | 20.00 | VL Bundle | .00 | 20.00 |
| | | 0.00 | Visa FANF | .00 | 11.90 |
| | | 0.00 | MC Location Fee | .00 | 1.25 |
| | | 0.00 | Dispute Notification Service | .00 | 9.95 |
| | | | | Total Other Fees: | 303.10 |
| | | | | **Total Fees Due:** | **3575.69** |

| | |
|---|---|
| Discount Due | 2,099.83 |
| Discount Paid | 2,099.83 |
| Fees Due | 3,575.69 |
| Fees Paid | 2,736.29 |
| Net Fees Due | 839.40 |
| Amount Deducted | 839.40 |

**Important Messages**

We're excited to announce you've been enrolled in Dispute Recovery Support, a service designed to improve chargeback dispute outcomes, effective on October 1st. For every dispute you choose to rebut, we analyze the information you provide to support the rebuttal, create a letter setting forth the facts supporting your case, and submit it to the Card Brands. There's no cost to you unless you win: we only charge a 15% fee on chargebacks we help you recover. To opt out, visit the chargebacks or dispute reporting section of your merchant portal or call Customer Service at 216-472-0215.

| PLAN CODES | | | | | TRANSACTION CODES |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD -DISCOVER DEBIT | AM -AMERICAN EXPRESS | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | DB -DEBIT | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADVANCE | EB -EBT PP -PAYPAL | | |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00189533 DRE 001 212 24426 NNNNNNNNNNN 1 000000000 64 0000 AT 00

KESA LLC
SAMIR M ABU AJAJ
900 PREMIUM OUTLETS BLVD
HAGERSTOWN MD 21740-9540

01895330401000000024

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$22,144.50** |
| Deposits and Additions | 64 | 208,136.12 |
| Checks Paid | 5 | -3,315.32 |
| ATM & Debit Card Withdrawals | 35 | -27,404.24 |
| Electronic Withdrawals | 78 | -139,813.98 |
| Other Withdrawals | 2 | -28,000.00 |
| Fees | 8 | -195.00 |
| **Ending Balance** | **192** | **$31,552.08** |

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $1,797.81.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Deposit 3140011416 | $18,166.94 |
| 08/03 | Online Transfer From Chk ...0570 Transaction#: 30263835581 | 800.00 |
| 08/03 | Online Transfer From Chk ...0570 Transaction#: 30266456849 | 550.00 |
| 08/03 | Online Transfer From Chk ...0570 Transaction#: 30266754763 | 332.00 |
| 08/03 | Online Transfer From Chk ...0570 Transaction#: 30266638196 | 260.00 |
| 08/04 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260803 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605099833 Eed:260804 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2165099833Tc | 5,095.75 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260803 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605099834 Eed:260804 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2165099834Tc | 2,662.48 |
| 08/04 | Online Transfer From Chk ...0570 Transaction#: 30277033432 | 1,400.00 |
| 08/04 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260803 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605099835 Eed:260804 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2165099835Tc | 387.80 |
| 08/05 | Remote Online Deposit 1 | 426.30 |
| 08/05 | Remote Online Deposit 1 | 20.80 |
| 08/05 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000280460033 Eed:260805 Ind ID:F5234066140 Ind Name:Tims Furniture Mart. Trn: 2170460033Tc | 1,339.00 |
| 08/05 | Zelle Payment From Elijah A Yost Bbt412332096 | 200.00 |
| 08/06 | ATM Cash Deposit 08/06 25400 E Marketplace Pl Chantilly VA Card 8915 | 1,600.00 |
| 08/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260805 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605736818 Eed:260806 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2185736818Tc | 80.78 |
| 08/07 | ATM Cash Deposit 08/07 25400 E Marketplace Pl Chantilly VA Card 8915 | 1,000.00 |
| 08/07 | Zelle Payment From Agyapong Morfoh Wfct22Htk9WV | 100.00 |
| 08/10 | Remote Online Deposit 1 | 378.00 |
| 08/10 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260807 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004602651418 Eed:260810 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2222651418Tc | 8,996.07 |
| 08/10 | Online Transfer From Chk ...0570 Transaction#: 30331998035 | 150.00 |
| 08/10 | Online Transfer From Chk ...0570 Transaction#: 30332052915 | 1.00 |
| 08/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260810 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605016799 Eed:260811 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2235016799Tc | 7,734.89 |
| 08/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260810 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605016801 Eed:260811 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2235016801Tc | 7,429.79 |
| 08/11 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000285029729 Eed:260811 Ind ID:F5244318972 Ind Name:Tims Furniture Mart. Trn: 2235029729Tc | 3,421.62 |
| 08/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260810 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605016800 Eed:260811 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2235016800Tc | 3,211.69 |
| 08/11 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000285029730 Eed:260811 Ind ID:F5244321648 Ind Name:Tims Furniture Mart. Trn: 2235029730Tc | 1,921.47 |
| 08/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260810 CO Entry Descr:Merch Chbksec:CCD Trace#:081004605016741 Eed:260811 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2235016741Tc | 1,828.50 |
| 08/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260810 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605016798 Eed:260811 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2235016798Tc | 1,562.55 |
| 08/12 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260811 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606935350 Eed:260812 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2246935350Tc | 1,446.70 |
| 08/12 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260811 CO Entry Descr:Merch Chbksec:CCD Trace#:081004606935399 Eed:260812 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2246935399Tc | 1,427.82 |
| 08/12 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260811 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606935349 Eed:260812 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2246935349Tc | 232.64 |
| 08/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260812 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606937351 Eed:260813 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2256937351Tc | 3,751.60 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | Zelle Payment From Agyapong Morfoh Wfct22Jjvjmh | 1,000.00 |
| 08/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260812 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606937350 Eed:260813 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2256937350Tc | 357.25 |
| 08/14 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260813 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601913416 Eed:260814 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2261913416Tc | 1,332.50 |
| 08/14 | Zelle Payment From Agyapong Morfoh Wfct22Jmg22B | 350.00 |
| 08/17 | Card Purchase Return 08/15 U-Haulhagerstown Gas Hagerstown MD Card 8915 | 237.19 |
| 08/17 | Remote Online Deposit 1 | 4,800.00 |
| 08/17 | Remote Online Deposit 1 | 2,200.00 |
| 08/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260817 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604201495 Eed:260818 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2304201495Tc | 17,128.65 |
| 08/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260817 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604201493 Eed:260818 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2304201493Tc | 5,801.80 |
| 08/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260817 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604201494 Eed:260818 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2304201494Tc | 2,313.95 |
| 08/18 | Zelle Payment From Agyapong Morfoh Wfct22K42Ncv | 500.00 |
| 08/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260817 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604201496 Eed:260818 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2304201496Tc | 307.66 |
| 08/19 | Deposit 2520010861 | 22,000.00 |
| 08/19 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260818 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607352666 Eed:260819 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2317352666Tc | 3,446.67 |
| 08/20 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260819 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607806047 Eed:260820 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2327806047Tc | 9,874.06 |
| 08/24 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000283851284 Eed:260824 Ind ID:F5267772626 Ind Name:Tims Furniture Mart. Trn: 2363851284Tc | 5,461.00 |
| 08/24 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000283851285 Eed:260824 Ind ID:F5265928565 Ind Name:Tims Furniture Mart. Trn: 2363851285Tc | 915.00 |
| 08/24 | Online Transfer From Chk ...0570 Transaction#: 30532442138 | 200.00 |
| 08/24 | Online Transfer From Chk ...0570 Transaction#: 30508965553 | 70.00 |
| 08/25 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260824 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600722243 Eed:260825 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2370722243Tc | 11,494.76 |
| 08/25 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260824 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600722244 Eed:260825 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2370722244Tc | 8,189.48 |
| 08/25 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260824 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600722245 Eed:260825 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2370722245Tc | 1,722.55 |
| 08/25 | Orig CO Name:Kafene Inc Orig ID:945440567 Desc Date: CO Entry Descr:Kafene Incsec:PPD Trace#:273976360667653 Eed:260825 Ind ID: Ind Name:Samir Abu Ajaj Trn: 2370667653Tc | 900.00 |
| 08/26 | Remote Online Deposit 1 | 1,186.14 |
| 08/26 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260825 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600731659 Eed:260826 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2380731659Tc | 10,253.43 |
| 08/27 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260826 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609197873 Eed:260827 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2399197873Tc | 8,764.85 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/27 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101129169582 Eed:260827 Ind ID: Ind Name:Melzer Bradley Trn: 2399169582Tc | 505.00 |
| 08/28 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101127187249 Eed:260828 Ind ID: Ind Name:Faniel George Trn: 2407187249Tc | 476.42 |
| 08/28 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000287006993 Eed:260828 Ind ID:F5275010155 Ind Name:Tims Furniture Mart. Trn: 2407006993Tc | 291.00 |
| 08/31 | Remote Online Deposit 1 | 3,994.68 |
| 08/31 | Remote Online Deposit 1 | 740.94 |
| 08/31 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260828 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604221685 Eed:260831 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2434221685Tc | 3,404.95 |
| **Total Deposits and Additions** | | **$208,136.12** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 817 ^ | | 08/13 | $833.53 |
| 819 * ^ | | 08/18 | 200.00 |
| 820 ^ | | 08/14 | 848.00 |
| 822 * ^ | | 08/27 | 799.91 |
| 823 ^ | | 08/25 | 633.88 |
| **Total Checks Paid** | | | **$3,315.32** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/03 | Card Purchase | 07/31 Ultra Comfort 570-4517477 PA Card 8915 | $642.92 |
| 08/04 | Card Purchase | 08/03 Wawa 6613 Chantilly VA Card 8915 | 80.00 |
| 08/04 | Recurring Card Purchase | 08/04 Vzwrlss*My Vz Vb P 800-922-0204 FL Card 8915 | 250.71 |
| 08/05 | Card Purchase | 08/04 Tempur-Pedic Https://Thehu KY Card 8915 | 1,542.00 |
| 08/06 | Card Purchase | 08/05 U-Haulhonest Ablyoto Au Hagerstown MD Card 8915 | 755.74 |
| 08/06 | Card Purchase | 08/05 Wawa 6613 Chantilly VA Card 8915 | 75.63 |
| 08/10 | Card Purchase | 08/08 U-Haulhagerstown Gas Hagerstown MD Card 8915 | 573.75 |
| 08/10 | Card Purchase | 08/08 U-Haulhagerstown Gas Hagerstown MD Card 8915 | 226.80 |
| 08/10 | Card Purchase | 08/09 Wawa 6613 Chantilly VA Card 8915 | 62.21 |
| 08/10 | ATM Withdrawal | 08/09 25400 E Marketplace Pl Chantilly VA Card 8915 | 1,000.00 |
| 08/10 | ATM Withdrawal | 08/10 25400 E Marketplace Pl Chantilly VA Card 8915 | 1,000.00 |
| 08/11 | Card Purchase | 08/10 Pld*Mcnamee Hosea 301-441-2420 MD Card 8915 | 1,000.00 |
| 08/12 | ATM Withdrawal | 08/12 21990 Colorado DR Sterling VA Card 8915 | 1,000.00 |
| 08/13 | Card Purchase | 08/12 U-Haulhagerstown Gas Hagerstown MD Card 8915 | 599.40 |
| 08/13 | Card Purchase | 08/12 Amazon Mktpl*5H1789G Amzn.Com/Bill WA Card 8915 | 179.13 |
| 08/13 | Recurring Card Purchase | 08/12 Amazon Prime*M496Q6Y Amzn.Com/Bill WA Card 8915 | 15.89 |
| 08/13 | Card Purchase With Pin | 08/13 B E Inc. Beltsville MD Card 8915 | 40.27 |
| 08/17 | Card Purchase With Pin | 08/16 A C & T - Sharpsburg P Hagerstown MD Card 8915 | 24.02 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/18 | Card Purchase | 08/17 Wawa 6613 Chantilly VA Card 8915 | 40.93 |
| 08/18 | Card Purchase | 08/18 Amazon Mktpl*5A85J0P Amzn.Com/Bill WA Card 8915 | 10.59 |
| 08/19 | Card Purchase | 08/18 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 08/19 | Card Purchase | 08/18 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 08/19 | ATM Withdrawal | 08/19 25400 E Marketplace Pl Chantilly VA Card 8915 | 600.00 |
| 08/20 | Card Purchase | 08/19 Coaster - NJ 800-221-9699 NJ Card 8915 | 3,476.44 |
| 08/20 | Card Purchase | 08/19 Liberty Furniture 404-6291003 GA Card 8915 | 6,166.05 |
| 08/21 | Card Purchase | 08/20 Wawa 6613 Chantilly VA Card 8915 | 40.00 |
| 08/25 | Card Purchase | 08/24 Tempur-Pedic Https://Thehu KY Card 8915 | 2,871.00 |
| 08/26 | Card Purchase | 08/25 U-Haul Moving & Trailer Hagerstown MD Card 8915 | 604.80 |
| 08/26 | Card Purchase | 08/25 Wawa 6613 Chantilly VA Card 8915 | 41.23 |
| 08/26 | Card Purchase | 08/25 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 08/26 | Card Purchase | 08/25 Aw Industries Inc 301-3221000 MD Card 8915 | 762.00 |
| 08/28 | Card Purchase | 08/27 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 38.80 |
| 08/31 | Card Purchase | 08/28 Amazon.Com*5Q2lg4341 Amzn.Com/Bill WA Card 8915 | 30.73 |
| 08/31 | Card Purchase | 08/29 U-Haul Moving & Trailer Hagerstown MD Card 8915 | 612.10 |
| 08/31 | Card Purchase | 08/30 Wawa 6613 Chantilly VA Card 8915 | 41.10 |
| **Total ATM & Debit Card Withdrawals** | | | **$27,404.24** |

## ATM & DEBIT CARD SUMMARY

Samir M Abu Ajaj Card 8915

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,600.00 |
| Total Card Purchases | $23,804.24 |
| Total Card Deposits & Credits | $2,837.19 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $3,600.00 |
| Total Card Purchases | $23,804.24 |
| Total Card Deposits & Credits | $2,837.19 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Zelle Payment To Elijah Yost Jpm99Crbah6P | $1,000.00 |
| 08/03 | Zelle Payment To Mohamed Ghanem Jpm99Crbalcb | 800.00 |
| 08/03 | 08/01 Online Transfer To Chk ...0570 Transaction#: 30235749637 | 1,400.00 |
| 08/03 | Zelle Payment To Luis Jpm99Crbbd7N | 2,300.00 |
| 08/03 | Zelle Payment To Samir Jpm99Crbdfcm | 600.00 |
| 08/03 | Zelle Payment To Mary Saleeb Jpm99Crj7Fdw | 1,000.00 |
| 08/03 | 08/03 Online Domestic Wire Transfer Via: Pnc Bank, Ohio/041000124 A/C: Outlet Village of Hagerstown Chicago IL 60677 US Ref: Tims Furniture Hagerstown Rent Payment For August Imad: 0803Mmqfmp2K029583 Trn: 3792116215Es | 15,000.00 |
| 08/03 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260731 CO Entry Descr:Fees Sec:CCD Trace#:081004604498282 Eed:260803 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2154498282Tc | 751.67 |
| 08/03 | Zelle Payment To Elijah Yost Jpm99Crod4FL | 331.80 |
| 08/04 | 08/04 Online Transfer To Chk ...0570 Transaction#: 30275204929 | 1,000.00 |
| 08/04 | Zelle Payment To Mary Saleeb Jpm99Crrs265 | 1,000.00 |
| 08/04 | Zelle Payment To Samir Jpm99Crryl0V | 800.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | 08/04 Online Domestic Wire Transfer Via: Truist Bank/053101121 A/C: Bassett Furniture Ind Bassett VA 24055 US Ref: Kesa LLC Tims Furniture Imad: 0804Mmqfmp2N016312 Trn: 3327496216Es | 4,445.00 |
| 08/04 | 08/04 Online Transfer To Chk ...0570 Transaction#: 30282722185 | 930.00 |
| 08/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260805 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605736803 Eed:260806 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2185736803Tc | 1,301.85 |
| 08/06 | 08/06 Online Transfer To Chk ...0570 Transaction#: 30310253711 | 900.00 |
| 08/10 | Zelle Payment To Emma Tims Jpm99Csa8Wic | 1,000.00 |
| 08/10 | Zelle Payment To Christina Johnson Jpm99Csbhxif | 293.84 |
| 08/10 | Zelle Payment To Christina Johnson Jpm99Csbkjdm | 1,048.03 |
| 08/10 | Zelle Payment To Luis Jpm99Csbkq9Q | 2,500.00 |
| 08/10 | Zelle Payment To Emma Tims Jpm99Csbkriu | 611.96 |
| 08/10 | Zelle Payment To Elijah Yost Jpm99Csbld9F | 546.17 |
| 08/10 | 08/08 Online Transfer To Chk ...0570 Transaction#: 30335740765 | 300.00 |
| 08/10 | Zelle Payment To Elijah Yost Jpm99Csfxym3 | 1,000.00 |
| 08/10 | 08/09 Online Transfer To Chk ...0570 Transaction#: 30343589564 | 300.00 |
| 08/10 | Zelle Payment To Samir Jpm99Csfy8Oo | 1,000.00 |
| 08/10 | Zelle Payment To Daniela Hegashi Jpm99Csgnvrd | 348.53 |
| 08/10 | 08/10 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Tims Furniture/Time/14:30 Imad: 0810Mmqfmp2L020230 Trn: 3444606222Es | 15,500.00 |
| 08/11 | 08/11 Online Transfer To Chk ...0570 Transaction#: 30366033500 | 300.00 |
| 08/11 | Zelle Payment To Samir Jpm99Csp0Cag | 600.00 |
| 08/11 | Zelle Payment To Elijah Yost Jpm99Cspadhv | 1,000.00 |
| 08/12 | Zelle Payment To Emma Tims Jpm99Csrqwp2 | 250.00 |
| 08/13 | 08/13 Online Transfer To Chk ...0570 Transaction#: 30397431308 | 120.00 |
| 08/14 | Zelle Payment To Christina Johnson Jpm99CT3Bkr8 | 100.00 |
| 08/14 | Zelle Payment To Alberto Sign Jpm99CT42429 | 112.00 |
| 08/17 | Zelle Payment To Luis Jpm99CT9Aqfa | 2,385.00 |
| 08/17 | Zelle Payment To Elijah Yost Jpm99Ctawo4C | 1,000.00 |
| 08/17 | Zelle Payment To Emma Tims Jpm99Ctcjej3 | 500.00 |
| 08/18 | 08/17 Payment To Chase Card Ending IN 6835 | 1,100.00 |
| 08/18 | Zelle Payment To Elijah Yost Jpm99Ctid420 | 252.00 |
| 08/18 | Zelle Payment To Christina Johnson Jpm99Ctj4Qeg | 434.00 |
| 08/18 | Zelle Payment To Global USA Jpm99Ctk0R64 | 2,567.00 |
| 08/18 | 08/18 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jofran Sales Inc Norfolk MA 02056 US Ref: Tims Furniture Mart Hagerstown Imad: 0818Mmqfmp2M022512 Trn: 3460516230Es | 1,737.68 |
| 08/18 | Zelle Payment To Homelegance Jpm99Ctk7Omy | 1,999.00 |
| 08/18 | 08/18 Online Domestic Wire Transfer A/C: Fusion Furniture Inc Ecru MS 38841-8477 US Ref: Tims Furniture Kesa LLC Trn: 3709676230Es | 7,905.00 |
| 08/18 | 08/18 Online Transfer To Chk ...0570 Transaction#: 30465075705 | 3,650.00 |
| 08/19 | Zelle Payment To Homelegance Jpm99Ctmhls9 | 592.96 |
| 08/19 | Zelle Payment To Crown Mark Jpm99Ctmi2Zg | 3,096.75 |
| 08/19 | Zelle Payment To Emma Tims Jpm99Ctniv5Z | 1,050.00 |
| 08/19 | 08/19 Online Transfer To Chk ...0570 Transaction#: 30476680105 | 1,541.00 |
| 08/20 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260819 CO Entry Descr:Merch Chbksec:CCD Trace#:081004607806024 Eed:260820 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2327806024Tc | 1,651.48 |
| 08/20 | 08/20 Domestic Wire Transfer Via: Primis Bank VA/051409278 A/C: Daniel M. Press IOLTA Trust Accountref: Lawyer Retainer Fee From Kesa LLC Imad: 0820Mmqfmp2K014642 Trn: 3216876232Es | 20,000.00 |
| 08/20 | Zelle Payment To Francisco Shipping Jpm99Ctrpszl | 949.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20 | Zelle Payment To Christina Johnson Jpm99Ctrvk2K | 1,332.09 |
| 08/20 | Zelle Payment To Penny Jpm99Ctrvqyt | 716.96 |
| 08/20 | Zelle Payment To Luis Jpm99Ctsljwd | 2,125.00 |
| 08/21 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260820 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608684079 Eed:260821 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2338684079Tc | 13.02 |
| 08/21 | Zelle Payment To Francisco Shipping Jpm99Ctw2Pi7 | 341.00 |
| 08/24 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260821 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605157454 Eed:260824 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2365157454Tc | 2,895.86 |
| 08/24 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:260824 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000013913625 Eed:260824 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2363913625Tc | 3,680.50 |
| 08/25 | Orig CO Name:Toyota ACH Rtl Orig ID:4953775816 Desc Date: CO Entry Descr:Web Sec:Web Trace#:028000084771390 Eed:260825 Ind ID:Zch93Jsppzbnf6C Ind Name:Katimasaleh P165631489-26269 08232026 Trn: 2374771390Tc | 900.00 |
| 08/25 | 08/25 Online Transfer To Chk ...0570 Transaction#: 30543344434 | 200.00 |
| 08/25 | Zelle Payment To Elijah Yost Jpm99CU9LA0J | 1,000.00 |
| 08/25 | Zelle Payment To Luis Jpm99Cubrppb | 400.00 |
| 08/26 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260825 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600731633 Eed:260826 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2380731633Tc | 2,058.30 |
| 08/26 | 08/26 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Kesa Tims Furniture Imad: 0826Mmqfmp2N032501 Trn: 3273106238Es | 700.00 |
| 08/26 | Zelle Payment To Elijah Yost Jpm99Cudbliq | 1,000.00 |
| 08/27 | Orig CO Name:The Hartford Orig ID:9942902727 Desc Date: CO Entry Descr:Inspmtcl Sec:CCD Trace#:051000013867705 Eed:260827 Ind ID:18579808 Ind Name:Kesa LLC Dba Tims Furn Nwtbs/Clbi Ivr ACH C Trn: 2393867705Tc | 484.00 |
| 08/27 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260826 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609197717 Eed:260827 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2399197717Tc | 254.68 |
| 08/28 | Zelle Payment To Penny Jpm99Cunkf6M | 500.00 |
| 08/31 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260828 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604221621 Eed:260831 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2434221621Tc | 1,556.54 |
| 08/31 | Zelle Payment To Luis Jpm99Cur7C9D | 2,125.00 |
| 08/31 | Zelle Payment To Alberto Sign Jpm99Cus9Ewz | 252.00 |
| 08/31 | 08/29 Online Transfer To Chk ...0570 Transaction#: 30606963603 | 1,500.00 |
| 08/31 | Zelle Payment To Mae Daniels Jpm99Cutuxvp | 373.76 |
| 08/31 | Zelle Payment To Elijah Yost Jpm99Cuuopl8 | 1,562.35 |
| 08/31 | Zelle Payment To Luis Jpm99Cuvfm52 | 886.00 |
| 08/31 | Zelle Payment To Alberto Sign Jpm99Cuzilwa | 55.20 |
| **Total Electronic Withdrawals** | | **$139,813.98** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | 08/19 Withdrawal | $22,000.00 |
| 08/20 | 08/20 Withdrawal | 6,000.00 |
| **Total Other Withdrawals** | | **$28,000.00** |

CHASE

August 01, 2026 through August 31, 2026
Account Number: [redacted]5206

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Online Domestic Wire Fee | $25.00 |
| 08/04 | Online Domestic Wire Fee | 25.00 |
| 08/10 | Online Domestic Wire Fee | 25.00 |
| 08/18 | Online Domestic Wire Fee | 25.00 |
| 08/18 | Online Domestic Wire Fee | 25.00 |
| 08/20 | Domestic Wire Fee | 35.00 |
| 08/20 | Official Checks Charge | 10.00 |
| 08/26 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$195.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | $18,402.05 | 08/12 | 27,865.48 | 08/21 | 2,826.62 |
| 08/04 | 19,417.37 | 08/13 | 31,186.11 | 08/24 | 2,896.26 |
| 08/05 | 19,861.47 | 08/14 | 31,808.61 | 08/25 | 19,198.17 |
| 08/06 | 18,509.03 | 08/17 | 35,136.78 | 08/26 | 24,446.41 |
| 08/07 | 19,609.03 | 08/18 | 41,242.64 | 08/27 | 32,177.67 |
| 08/10 | 1,797.81 | 08/19 | 35,808.60 | 08/28 | 32,406.29 |
| 08/11 | 26,008.32 | 08/20 | 3,220.64 | 08/31 | 31,552.08 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**