**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **In re:** | **Chapter 11 (Subchapter V)** |
| **Kesa LLC** | **Case No. 26-19154** |
| **Debtor.** | |

# DEBTOR'S PLAN REPORT

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to file this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code and the Initial Scheduling Order entered by this Court.

1. Debtor's Business or Commercial Activities.

The Debtor is a Maryland LLC which operates a furniture store at what was known as the Hagerstown Premium Outlets. The mall operator/landlord breached the lease by failing to keep the mall in operation; meanwhile, Debtor fell behind on the rent, prompting the bankruptcy filing.

2. Type of Plan of Reorganization. The Debtor intends to pursue the following type of plan of reorganization in this case:
   ____ Consensual ____ Nonconsensual[1] __X_ Undetermined

3. Reasons for Type of Plan of Reorganization.

   Debtor does not know if it will be possible to obtain the consent of all classes.

4. Communications with Parties in Interest. The Debtor has had discussions with the following parties in interest concerning the Debtor's plan of reorganization:

   ____ Secured Creditors
   ____ Priority Claimants
   ____ Unsecured Creditors
   ____ Equity Interest Holders
   __X__ Subchapter V Trustee

1 The term "nonconsensual plan" for purposes of this report means a plan confirmed under § 1191(b) of the Bankruptcy Code.

____ Others; Describe: ________________________________________

5. Nature of Communications with Parties in Interest.

This case will depend on what happens with the shopping center, which Debtor understands to be in the process of foreclosure. The prior management appears to have disclaimed any further involvement with the center, and no attorney for any operator of the center has entered an appearance in this case, filed a claim, or contacted the debtor or counsel. Debtor has generally discussed the matter with the Subchapter V Trustee.

6. Efforts to Formulate Plan of Reorganization.

Debtor has yet to formulate a plan for the reasons stated.

7. Timing for Filing Plan of Reorganization. Does the Debtor intend to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

_X___ Yes ____ No

If no is marked, please explain:

8. Administrative Expenses. The Debtor anticipates that the estate will incur the following administrative expenses during the pendency of this case and proposes the following monthly escrow payments to fund the payment of allowed administrative expense claims in the case.

| | |
|---|---|
| Total Amount for Debtor's Counsel's Fees and Expenses: | __$20,000 assuming no litigation with landlord |
| Total Amount for Subchapter V Trustee's Fees and Expenses: | __$10,000__________ |
| Total Amount of Other Administrative Expense Claims: | ___nominal_________ |
| Proposed Monthly Escrow Payment:[2] | $2000 already agreed and being paid |

2 The Debtor will make the monthly escrow payments to the Subchapter V Trustee to be held in escrow pending further Order of the Court. The escrowed amounts shall be applied to the payment of allowed administrative expense claims in the case in accordance with the Bankruptcy Code. The Court will consider the monthly escrow payments proposed by the Debtor at the initial status conference under section 1188 of the Code and enter an appropriate Order thereafter.

9. Additional Information.
n/a

Dated: September 29, 2026.

Respectfully submitted,

_/s/ Daniel M. Press_____________

Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of September, 2026, I caused the foregoing Report be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Monique Desiree Almy malmy@crowell.com, cbest@crowell.com, malmy@ecf.axosfs.com, monique-almy-7127@ecf.pacerpro.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

Paul Sweeney psweeney@yvslaw.com, jbeckman@yvslaw.com, pgomez@yvslaw.com, cadams@yvslaw.com, sweeneypr39990@notify.bestcase.com, r39990@notify.bestcase.com, vmichaelides@yvslaw.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

_/s/ Daniel M. Press_____________
Daniel M. Press

Label Matrix for local noticing
0416-0
Case 26-19154
District of Maryland
Greenbelt
Tue Sep 29 22:23:34 EDT 2026

Gable Signs
c/o Paul Sweeney, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Kesa LLC
900 Premium Outlets Blvd
Hagerstown, MD 21740-9540

Outlet Village of Hagerstown Limited Partner
225 W. Washington Street
Indianapolis, IN 46204-3435

A.G. Adjustments Ltd
PO Box 9090
Melville, NY 11747-9090

Beatrice Fomumen
19 Observation Ct Apt 304
Germantown
MD 20876-6413

(p)BEDGEAR LLC
200 SEA LANE
FARMINGDALE NY 11735-3900

Business & Technology Law Group
6310 Hillside Court, Suite 160
Columbia, MD 21046-1081

Campbell Sales Group Inc.
2118 Mercantile Dr.
Leland, NC 28451-4103

Columbia Gas of Maryland
PO Box 70322
Philadelphia PA 19176-0322

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Continental Furniture Brands LLC
P.O. Box 836
Pontotoc, MS 38863-0836

Felix & Frances Guzman
128 LOUDON RD
Mercersburg, PA 17236-1720

Furniture Values International LLC
601 North 75th Avenue
Phoenix, AZ 85043-2111

Gable Signs & Graphics, Inc.
7440 Fort Smallwood Rd
Baltimore, MD 21226-1973

Hagerstown Premium Outlets LLC
225 W Washington St
Indianapolis, IN 46204-3435

HighRock Studios Inc
20140 Scholar Drive, Suite 316
Hagerstown, MD 21742-6507

Hooker Furnishing Corp
PO Box 4708
Martinsville, VA 24115-4708

Hooker Furnishing Corporation
440 E. Commonwealth Boulevard
Martinsville, WV 24112-2040

Intercon Inc.
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-3090

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kiet Anh Nguyen
20108 Mackintosh Ln #31
Germantown
MD 20876-2706

Kind & Dashoff
1 Church Ln
Pikesville, MD 21208-3709

MASSA GALLERY CORP
118 Tuckahoe Rd
Sewell, NJ 08080-3836

Malouf
1525 W 2960 S
Logan, UT 84321-5798

McNamee Hosea
6404 Ivy Ln Ste 820
Greenbelt, MD 20770-1416

Outlet Village of Hagerstown Limited Partner
c/o Simon Property Group, L.P.
225 West Washington Street
Indianapolis, IN 46204-3435

Revolutionary Retail
7353-A West Friendly Ave
Greensboro, NC 27410-6233

Richard M. Kind, Esquire
Kind & Dashoff, LLC
One Church Lane
Baltimore, MD 21208-3709

Samir Abu Ajaj
25468 Hopton house Terrace
Chantilly VA 20152-5817

Setliff Law PC
4940 Dominion Blvd
Glen Allen, VA 23060-6766

Tawfik Almareh
123 Noels Pl
Tappahannock
VA 22560-5080

Thompson International Inc.
635 N Billy Mitchell Rd, Suite B
Salt Lake City, UT 84116-3090

Thomson International Inc dba Westwood Desig
635 N Billy Mitchell Rd
Salt Lake City, UT 84116-2979

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Waleed Alashmali
123 Noels Pl
Tappahannock
VA 22560-5080

Washington County Treasurer
35 West Washington Street, Suite 102
Hagerstown, MD 21740-4844

Woodhaven Enterprises LLC
P.O. Box 716179
Cincinnati, OH 45271-6179

YVS Law LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401-7582

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Monique Desiree Almy
Crowell & Moring LLP
600 5th Street, N.W.
Washington, DC 20001-2610

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bedgear LLC
200 Sea Lane
Farmingdale, NY 11735

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CIT Group Commercial Services
INVALID ADDRESS PROVIDED

(u)Samir Abu Ajaj
INVALID ADDRESS PROVIDED

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 41 |
| Bypassed recipients | 2 |
| Total | 43 |