Fill in this information to identify the case:

Debtor Name Kesa LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 26-19154

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: SEPTEMBER

Date report filed: MM / DD / YYYY

Line of business: FURNITURE RETAIL

NAISC code: 449110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: KESA LLC

Original signature of responsible party: [signature]

Printed name of responsible party: SAMIR ABU AJAJ

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ______________________ Case number ______________________

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 31,552.08

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*. $ 226,547.84

Report the total from *Exhibit C* here.

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 237,318.99

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ -10,771.15

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 20,780.93

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ______

*(Exhibit E)*

Debtor Name ____________________ Case number ____________________

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ ________

## 5. Employees

26. What was the number of employees when the case was filed? 9
27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 2,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 25,000.00
30. How much have you paid this month in other professional fees? $ ________
31. How much have you paid in total other professional fees since filing the case? $ ________

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 160,000.00 | – | $ 226,547.80 | = | $ 66,547.84 |
| 33. **Cash disbursements** | $ 165,000.00 | – | $ 237,318.99 | = | $ 72,318.99 |
| 34. **Net cash flow** | $ -5,000.00 | – | $ -10,771.15 | = | $ 5,771.15 |

35. Total projected cash receipts for the next month: $ 158,000.00
36. Total projected cash disbursements for the next month: - $ 149,500.00
37. Total projected net cash flow for the next month: = $ 8,500.00

Debtor Name ______________________ Case number ______________________

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

CHASE
JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

September 01, 2026 through September 30, 2026
Account Number: 5206

CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00189535 DRE 001 212 27426 NNNNNNNNNNN 1 000000000 64 0000 AT 00

KESA LLC
SAMIR M ABU AJAJ
900 PREMIUM OUTLETS BLVD
HAGERSTOWN MD 21740-9540

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$31,552.08** |
| Deposits and Additions | 62 | 226,547.84 |
| Checks Paid | 8 | -7,633.87 |
| ATM & Debit Card Withdrawals | 33 | -24,912.31 |
| Electronic Withdrawals | 75 | -203,982.81 |
| Other Withdrawals | 1 | -500.00 |
| Fees | 12 | -290.00 |
| **Ending Balance** | **191** | **$20,780.93** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $82.56.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Orig CO Name:Ems Orig ID 9278424835 Desc Date 260831 CO Entry Descr Merch Dep Sec:CCD Trace# 081004602204212 Eed:260901 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2442204212Tc | $19,004.59 |
| 09/01 | Orig CO Name:Ems Orig ID 9278424835 Desc Date 260831 CO Entry Descr Merch Dep Sec:CCD Trace# 081004602204213 Eed 260901 Ind ID 278000000232632 Ind Name Tim's Furniture Mart Trn 2442204213Tc | 12,247.30 |
| 09/01 | Orig CO Name:Koalafi Orig ID 9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace# 053101122353551 Eed 260901 Ind ID: Ind Name:Abu Ajaj Samir Trn: 2442353551Tc | 5,050.00 |
| 09/01 | Orig CO Name Ems Orig ID 9278424835 Desc Date:260831 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004602204211 Eed:260901 Ind ID:278000000232632 Ind Name Tim's Furniture Mart Trn: 2442204211Tc | 1,112.35 |
| 09/02 | Orig CO Name:Ems Orig ID:9278424835 Desc Date 260901 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605524395 Eed:260902 Ind ID:278000000232632 Ind Name Tim's Furniture Mart Trn: 2455524395Tc | 4,796.82 |
| 09/02 | Orig CO Name Ems Orig ID:9278424835 Desc Date:260901 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605524394 Eed:260902 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2455524394Tc | 404.75 |
| 09/03 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101120865356 Eed:260903 Ind ID: Ind Name:Parisien Joseph Trn: 2460865356Tc | 2,474.50 |
| 09/04 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260903 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608753242 Eed:260904 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2478753242Tc | 8,008.85 |
| 09/08 | Remote Online Deposit 1 | 4,200.00 |
| 09/08 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260907 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605045287 Eed:260908 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2515045287Tc | 14,739.46 |
| 09/08 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260907 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605045288 Eed:260908 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2515045288Tc | 10,004.70 |
| 09/08 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260904 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606135294 Eed:260908 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2516135294Tc | 3,106.63 |
| 09/08 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101124478298 Eed:260908 Ind ID: Ind Name:Annan Linda Trn: 2514478298Tc | 2,522.15 |
| 09/08 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000285059325 Eed:260908 Ind ID:F5294058601 Ind Name:Tims Furniture Mart. Trn: 2515059325Tc | 1,721.00 |
| 09/08 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101126274377 Eed:260908 Ind ID: Ind Name:Gent Barbara Trn: 2516274377Tc | 1,142.52 |
| 09/08 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260907 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605045286 Eed:260908 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2515045286Tc | 774.22 |
| 09/08 | Online Transfer From Chk ...4745 Transaction#: 30731481681 | 424.00 |
| 09/08 | Online Transfer From Chk ...4745 Transaction#: 30727049648 | 50.00 |
| 09/09 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260908 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605714477 Eed:260909 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2525714477Tc | 13,020.38 |
| 09/09 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101126019947 Eed:260909 Ind ID: Ind Name:Perez Brenda Trn: 2526019947Tc | 875.98 |
| 09/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260910 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606304433 Eed:260911 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2546304433Tc | 4,933.60 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260911 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607072281 Eed:260914 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2577072281Tc | 4,674.26 |
| 09/14 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000028042528 Eed:260914 Ind ID:St-J0A7N2H1S7M0 Ind Name:Kesa LLC Trn: 2578042528Tc | 2,901.90 |
| 09/14 | Zelle Payment From Elijah A Yost Bbt421905178 | 2,899.00 |
| 09/14 | Online Transfer From Chk ...0570 Transaction#: 30788369498 | 550.00 |
| 09/14 | Zelle Payment From Elijah A Yost Bbt421905015 | 1.00 |
| 09/14 | Orig CO Name:Tims Furniture M Orig ID:1800948598 Desc Date: CO Entry Descr:Acctverifysec:CCD Trace#:091000012702538 Eed:260914 Ind ID:St-O5A3P2S5T4W5 Ind Name:Kesa LLC Trn: 2572702538Tc | 0.27 |
| 09/14 | Orig CO Name:Tims Furniture M Orig ID:1800948598 Desc Date: CO Entry Descr:Acctverifysec:CCD Trace#:091000012702537 Eed:260914 Ind ID:St-N8N3H5D5Q3X0 Ind Name:Kesa LLC Trn: 2572702537Tc | 0.15 |
| 09/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260914 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606087102 Eed:260915 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2586087102Tc | 11,704.30 |
| 09/15 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101126246303 Eed:260915 Ind ID: Ind Name:Hawes Cyndi Trn: 2586246303Tc | 3,716.04 |
| 09/15 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101126246293 Eed:260915 Ind ID: Ind Name:Martinez Hercules Wend Trn: 2586246293Tc | 3,628.33 |
| 09/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260914 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606087101 Eed:260915 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2586087101Tc | 2,502.62 |
| 09/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260914 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606087103 Eed:260915 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2586087103Tc | 964.80 |
| 09/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260914 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606087100 Eed:260915 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2586087100Tc | 393.69 |
| 09/16 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260915 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604832535 Eed:260916 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2594832535Tc | 871.44 |
| 09/16 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260915 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604832534 Eed:260916 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2594832534Tc | 800.77 |
| 09/17 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260916 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004602217115 Eed:260917 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2602217115Tc | 3,578.90 |
| 09/17 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260916 CO Entry Descr:Merch Chbksec:CCD Trace#:081004602217095 Eed:260917 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2602217095Tc | 1,651.48 |
| 09/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260917 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600672925 Eed:260918 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2610672925Tc | 6,190.00 |
| 09/18 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000280617491 Eed:260918 Ind ID:F5313657742 Ind Name:Tims Furniture Mart. Trn: 2610617491Tc | 2,496.52 |
| 09/18 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260917 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600672924 Eed:260918 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2610672924Tc | 584.53 |
| 09/21 | Remote Online Deposit 1 | 977.94 |
| 09/21 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260918 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608876629 Eed:260921 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2648876629Tc | 8,898.56 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260918 CO Entry Descr:Merch Chbksec:CCD Trace#:081004608876605 Eed:260921 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2648876605Tc | 6,150.00 |
| 09/21 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000289780320 Eed:260921 Ind ID:F5314838044 Ind Name:Tims Furniture Mart. Trn: 2649780320Tc | 5,411.97 |
| 09/22 | Online Transfer From Chk ...0570 Transaction#: 30913796968 | 4,000.00 |
| 09/22 | Online Transfer From Chk ...0570 Transaction#: 30913930648 | 2,950.00 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609866486 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866486Tc | 1,572.45 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609866485 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866485Tc | 1,097.56 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609866487 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866487Tc | 823.49 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609866484 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866484Tc | 97.44 |
| 09/23 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260922 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601788128 Eed:260923 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2661788128Tc | 2,376.00 |
| 09/23 | Online Transfer From Chk ...0570 Transaction#: 30926135659 | 72.00 |
| 09/24 | Deposit 2520017490 | 1,900.00 |
| 09/25 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260924 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601913501 Eed:260925 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2681913501Tc | 3,137.21 |
| 09/28 | Deposit 2520025296 | 4,711.70 |
| 09/28 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260925 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600400130 Eed:260928 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2710400130Tc | 2,785.50 |
| 09/29 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260928 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605870135 Eed:260929 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2725870135Tc | 5,956.78 |
| 09/29 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260928 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605870136 Eed:260929 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2725870136Tc | 5,300.82 |
| 09/29 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260928 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605870134 Eed:260929 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2725870134Tc | 627.73 |
| 09/30 | Orig CO Name:Kafene Inc Orig ID:945440567 Desc Date: CO Entry Descr:Kafene Incsec:PPD Trace#:273976366734577 Eed:260930 Ind ID: Ind Name:Samir Abu Ajaj Trn: 2736734577Tc | 4,100.00 |
| 09/30 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260929 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606520124 Eed:260930 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2736520124Tc | 2,876.89 |
| **Total Deposits and Additions** | | **$226,547.84** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 777 ^ | | 09/15 | $250.00 |
| 778 ^ | | 09/17 | 4,000.00 |
| 779 ^ | | 09/21 | 499.00 |
| 824 * ^ | | 09/11 | 846.94 |
| 828 * ^ | | 09/10 | 424.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 829 ^ | | 09/11 | 848.00 |
| 830 ^ | | 09/17 | 515.93 |
| 832 * ^ | | 09/22 | 250.00 |
| Total Checks Paid | | | $7,633.87 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Recurring Card Purchase 09/01 Vzwrlss*Apocc Visb 800-922-0204 FL Card 8915 | $161.57 |
| 09/02 | Card Purchase 09/01 Aw Industries Inc 301-3221000 MD Card 8915 | 1,764.73 |
| 09/02 | Card Purchase 09/02 Amazon Mktpl*5Q9Gb9S Amzn.Com/Bill WA Card 8915 | 319.88 |
| 09/03 | Card Purchase 08/19 Wawa 6613 Chantilly VA Card 8915 | 38.30 |
| 09/03 | Card Purchase 09/02 Amazon Mktpl*5Q5G77S Amzn.Com/Bill WA Card 8915 | 200.32 |
| 09/03 | Card Purchase 09/03 Amazon Mktpl*5Q4Os59 Amzn.Com/Bill WA Card 8915 | 36.03 |
| 09/03 | Card Purchase 09/03 Amazon.Com*5Q9Is59U2 Amzn.Com/Bill WA Card 8915 | 273.24 |
| 09/03 | Card Purchase 09/03 Uattend.Com 800-5188925 CA Card 8915 | 79.00 |
| 09/04 | Card Purchase 09/02 Wawa 6613 Chantilly VA Card 8915 | 48.52 |
| 09/04 | Card Purchase 09/03 Bassett Furniture 540-6296000 VA Card 8915 | 35.97 |
| 09/08 | Card Purchase 09/07 U-Haulroy Quality Car C Hagerstown MD Card 8915 | 604.80 |
| 09/08 | Card Purchase 09/04 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 41.64 |
| 09/08 | Card Purchase 09/04 U-Haul Moving & Trailer Hagerstown MD Card 8915 | 277.82 |
| 09/08 | Card Purchase 09/05 Uattend.Com 800-5188925 CA Card 8915 | 76.45 |
| 09/08 | Card Purchase With Pin 09/07 A C & T - Sharpsburg P Hagerstown MD Card 8915 | 5.80 |
| 09/08 | Card Purchase With Pin 09/07 A C & T - Sharpsburg P Hagerstown MD Card 8915 | 34.67 |
| 09/10 | Card Purchase 09/10 Albany 662-534-9800 MS Card 8915 | 10,000.00 |
| 09/10 | Card Purchase 09/09 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 09/10 | Card Purchase 09/09 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 40.96 |
| 09/11 | Card Purchase 09/10 Acme Furniture NY Inc 718-899-6700 NY Card 8915 | 1,124.00 |
| 09/14 | Recurring Card Purchase 09/12 Amazon Prime*Zg97X22 Amzn.Com/Bill WA Card 8915 | 15.89 |
| 09/15 | Card Purchase 09/14 U-Haulroy Quality Car 800-789-3638 MD Card 8915 | 599.40 |
| 09/16 | Card Purchase With Pin 09/16 Sunoco 8002443401 Leesburg VA Card 8915 | 56.00 |
| 09/21 | Card Purchase 09/19 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 40.51 |
| 09/21 | Card Purchase 09/20 U-Haulroy Quality Car C Hagerstown MD Card 8915 | 869.20 |
| 09/22 | Card Purchase 09/21 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 09/22 | Card Purchase 09/21 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 33.49 |
| 09/28 | Card Purchase 09/25 Coaster - NJ 800-221-9699 NJ Card 8915 | 4,357.70 |
| 09/28 | Card Purchase 09/25 Royal Farms #152 Chantilly VA Card 8915 | 47.92 |
| 09/28 | Card Purchase 09/27 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 41.03 |
| 09/29 | Card Purchase 09/28 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 09/30 | Card Purchase 09/29 U-Haulmoving Out Hagerstown MD Card 8915 | 604.80 |
| 09/30 | Card Purchase 09/30 Amazon Mktpl*513CU81 Amzn.Com/Bill WA Card 8915 | 82.67 |
| Total ATM & Debit Card Withdrawals | | $24,912.31 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## ATM & DEBIT CARD SUMMARY

Samir M Abu Ajaj Card 8915

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $24,912.31 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $24,912.31 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Orig CO Name:Att Orig ID:9864031004 Desc Date:083026 CO Entry Descr:Payment Sec:PPD Trace#:031100203337154 Eed:260901 Ind ID: Ind Name:Kesa LLC Trn: 2443337154Tc | $48.06 |
| 09/01 | 09/01 Online Domestic Wire Transfer Via: Pnc Bank, Ohio/041000124 A/C: Spg Lp Simon Properties Indiana Polis IN 46255 IN 46255 US Ref: T0021280 Imad: 0901Mmqfmp2L029670 Trn: 3590316244Es | 44,279.18 |
| 09/01 | 09/01 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Tims Furniture/Time/14:28 Imad: 0901Mmqfmp2L043978 Trn: 3701606244Es | 19,400.00 |
| 09/01 | 09/01 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Tims Furniture/Time/15:27 Imad: 0901Mmqfmp2L052182 Trn: 3804686244Es | 1,240.84 |
| 09/01 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260831 CO Entry Descr:Fees Sec:CCD Trace#:081004601655345 Eed:260901 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2441655345Tc | 839.40 |
| 09/02 | 09/02 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Tims Furniture Imad: 0902Mmqfmp2N044949 Trn: 3445236245Es | 700.00 |
| 09/02 | 09/02 Online Domestic Wire Transfer Via: Truist Bank/053101121 A/C: White Wood Industries Thomasville NC 27360 US Ref: Tims Furniture Kesa LLC Imad: 0902Mmqfmp2N049632 Trn: 3533176245Es | 1,748.05 |
| 09/02 | 09/02 Online Transfer To Chk ...0570 Transaction#: 30661077571 | 1,000.00 |
| 09/03 | Orig CO Name:Legacy Classic F Orig ID:B562131614 Desc Date: CO Entry Descr:Cons Coll Sec:PPD Trace#:053101120833810 Eed:260903 Ind ID: Ind Name:Kesa LLC Trn: 2460833810Tc | 974.70 |
| 09/03 | Zelle Payment To Christina Johnson Jpm99Cvbk96S | 1,332.09 |
| 09/03 | Zelle Payment To Omar Home Elegance Jpm99Cvcm32X | 1,400.00 |
| 09/04 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260903 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608753277 Eed:260904 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2478753277Tc | 1,606.93 |
| 09/04 | 09/04 Online Transfer To Chk ...0570 Transaction#: 30683468336 | 1,100.00 |
| 09/04 | Zelle Payment To Emma Tims Jpm99Cvepyem | 1,665.79 |
| 09/04 | Zelle Payment To Elijah Yost Jpm99Cveqrgl | 715.00 |
| 09/08 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:260908 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000016081655 Eed:260908 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2516081655Tc | 1,500.50 |
| 09/08 | Zelle Payment To Luis Jpm99Cvkgg4F | 2,550.00 |
| 09/08 | Zelle Payment To Elijah Yost Jpm99Cvl27Re | 1,000 00 |
| 09/08 | Zelle Payment To Emma Tims Jpm99Cvml20V | 250 00 |
| 09/08 | Zelle Payment To Mae Daniels Jpm99Cvmqjkc | 176 20 |
| 09/08 | Zelle Payment To Elijah Yost Jpm99Cvom0L1 | 632 40 |
| 09/08 | Zelle Payment To Mae Daniels Jpm99Cvp3ldh | 140 00 |
| 09/08 | Zelle Payment To Penny Jpm99Cvs6X0M | 716 98 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | Zelle Payment To Elijah Yost Jpm99Cvv2T6S | 1,350.00 |
| 09/08 | 09/08 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Albany Industries LLC New Albany MS 38652 US Ref: Kesa LLC Tims Furniture/Time/16:20 Imad: 0908Mmqfmp2N030406 Trn: 3723736251Es | 12,231.20 |
| 09/08 | Zelle Payment To Global USA Jpm99Cvv55Zt | 3,479.00 |
| 09/08 | Zelle Payment To Homelegance Jpm99Cvviulv | 2,177.99 |
| 09/09 | Zelle Payment To Elijah Yost Jpm99Cvy4Sqm | 986.00 |
| 09/09 | Zelle Payment To Samir Jpm99Cvy500B | 1,500.00 |
| 09/09 | 09/09 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Tims Furniture/Time/16:18 Imad: 0909Mmqfmp2M022049 Trn: 3362656252Es | 7,795.55 |
| 09/09 | 09/09 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Tims Furniture Imad: 0909Mmqfmp2N023843 Trn: 3391646252Es | 500.00 |
| 09/11 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260910 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606304397 Eed:260911 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2546304397Tc | 6,110.38 |
| 09/11 | Zelle Payment To Luis Jpm99Cw5Zyta | 300.00 |
| 09/11 | Zelle Payment To Massa Gallery of NJ Corp Jpm99Cw7Uvyx | 250.00 |
| 09/11 | Zelle Payment To Elijah Yost Jpm99Cw8Q2lo | 400.00 |
| 09/14 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260911 CO Entry Descr:Merch Chbksec:CCD Trace#:081004607072289 Eed:260914 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2577072289Tc | 6,150.00 |
| 09/14 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260911 CO Entry Descr:Merch Chbksec:CCD Trace#:081004607072290 Eed:260914 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2577072290Tc | 3,000.00 |
| 09/14 | Orig CO Name:Tims Furniture M Orig ID:1800948598 Desc Date: CO Entry Descr:Acctverifysec:CCD Trace#:091000017877748 Eed:260914 Ind ID:St-M5D9P9X4Z2U5 Ind Name:Kesa LLC Trn: 2577877748Tc | 0.42 |
| 09/14 | Zelle Payment To Luis Jpm99Cwi4Tia | 1,125.00 |
| 09/14 | 09/14 Online Transfer To Chk ...0570 Transaction#: 30811137419 | 550.00 |
| 09/14 | Zelle Payment To Samir Jpm99Cwi5G68 | 350.00 |
| 09/14 | Zelle Payment To Rozwan It Jpm99Cwi650V | 250.00 |
| 09/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260914 CO Entry Descr:Merch Chbksec:CCD Trace#:081004606086974 Eed:260915 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2586086974Tc | 2,024.59 |
| 09/15 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:260915 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000016251863 Eed:260915 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2586251863Tc | 2,000.50 |
| 09/15 | 09/15 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278/Time/14:32 Imad: 0915Mmqfmp2M015999 Trn: 3357186258Es | 18,600.00 |
| 09/16 | 09/16 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Tims Furniture Imad: 0916Mmqfmp2M021906 Trn: 3412606259Es | 454.78 |
| 09/18 | Zelle Payment To Samir Jpm99Cwvswzu | 600.00 |
| 09/18 | Zelle Payment To Elijah Yost Jpm99Cwwzs0Q | 2,500.00 |
| 09/18 | Zelle Payment To Luis Jpm99Cwwztcb | 300.00 |
| 09/18 | Zelle Payment To Emma Tims Jpm99Cwxjz5A | 1,613.87 |
| 09/18 | 09/18 Online Realtime Vendor Payment 11237411180 Payment ID Reference#: 8237411180Rx To Crowell 3531 | 2,000.00 |
| 09/18 | Zelle Payment To Christina Johnson Jpm99Cwxkl6R | 1,332.09 |
| 09/18 | Zelle Payment To Emma Tims Jpm99Cwxqokn | 153.00 |
| 09/18 | 09/18 Online Domestic Wire Transfer Via: Truist Bank/053101121 A/C: White Wood Industries Thomasville NC 27360 US Ref: Tims Furniture Imad: 0918Mmqfmp2K023033 Trn: 3448526261Es | 1,241.00 |
| 09/18 | Zelle Payment To Samir Jpm99Cx04Yy6 | 400.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | Zelle Payment To Penny Jpm99Cx2Dsu9 | 716.96 |
| 09/21 | Zelle Payment To Mae Daniels Jpm99Cx2Ecn9 | 281.42 |
| 09/21 | Zelle Payment To Luis Jpm99Cx2Om12 | 2,500.00 |
| 09/21 | Zelle Payment To Elijah Yost Jpm99Cx49Gl1 | 1,000.00 |
| 09/21 | Zelle Payment To Crown Mark Jpm99Cx9Uy5A | 5,036.65 |
| 09/21 | Zelle Payment To Homelegance Jpm99Cxa5Ogl | 2,450.00 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Chbksec:CCD Trace#:081004609866434 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866434Tc | 7,294.46 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Chbksec:CCD Trace#:081004609866433 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866433Tc | 4,202.00 |
| 09/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260921 CO Entry Descr:Merch Chbksec:CCD Trace#:081004609866432 Eed:260922 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2659866432Tc | 1,828.50 |
| 09/23 | Orig CO Name:Koalafi Orig ID:3852826921 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101129355105 Eed:260923 Ind ID: Ind Name:5976074-1 Trn: 2669355105Tc | 2,500.00 |
| 09/24 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260923 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601485937 Eed:260924 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2671485937Tc | 1,872.95 |
| 09/25 | Orig CO Name:Toyota ACH Rtl Orig ID:4953775816 Desc Date: CO Entry Descr:Web Sec:Web Trace#:028000087875095 Eed:260925 Ind ID:Dytdplx9Jgxsupd Ind Name:Katimasaleh P170773515-26269 09232026 Trn: 2687875095Tc | 900.00 |
| 09/25 | Zelle Payment To Luis Jpm99Cxo4Yov | 945.00 |
| 09/25 | Zelle Payment To Christina Johnson Jpm99Cxodlu8 | 350.00 |
| 09/25 | Zelle Payment To Homelegance Jpm99CxojpOF | 806.00 |
| 09/25 | Zelle Payment To Alberto Sign Jpm99Cxol6Nq | 240.00 |
| 09/28 | Zelle Payment To Luis Jpm99Cxtz05D | 2,475.00 |
| 09/28 | Zelle Payment To Alberto Sign Jpm99Cxxzzuo | 360.00 |
| 09/29 | Zelle Payment To Francisco Shipping Jpm99Cy3Nezv | 1,434.32 |
| 09/30 | Orig CO Name:Att Orig ID:9864031004 Desc Date:092926 CO Entry Descr:Payment Sec:PPD Trace#:031100206575136 Eed:260930 Ind ID: Ind Name:Kesa LLC Trn: 2736575136Tc | 48.06 |
| | **Total Electronic Withdrawals** | **$203,982.81** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | 09/04 Withdrawal | $500.00 |
| | **Total Other Withdrawals** | **$500.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Online Domestic Wire Fee | $25.00 |
| 09/01 | Online Domestic Wire Fee | 25.00 |
| 09/01 | Online Domestic Wire Fee | 25.00 |
| 09/02 | Online Domestic Wire Fee | 25.00 |
| 09/02 | Online Domestic Wire Fee | 25.00 |
| 09/08 | Online Domestic Wire Fee | 25.00 |
| 09/09 | Online Domestic Wire Fee | 25.00 |
| 09/09 | Online Domestic Wire Fee | 25.00 |
| 09/15 | Online Domestic Wire Fee | 25.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 5206

## FEES *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | Online Domestic Wire Fee | 25.00 |
| 09/18 | Online Domestic Wire Fee | 25.00 |
| 09/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$290.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | $2,922.27 | 09/11 | 1,087.00 | 09/22 | 5,016.75 |
| 09/02 | 2,541.18 | 09/14 | 672.27 | 09/23 | 4,964.75 |
| 09/03 | 682.00 | 09/15 | 82.56 | 09/24 | 4,991.80 |
| 09/04 | 3,018.64 | 09/16 | 1,218.99 | 09/25 | 4,888.01 |
| 09/08 | 14,432.87 | 09/17 | 1,933.44 | 09/28 | 5,103.56 |
| 09/09 | 17,497.68 | 09/18 | 1,039.53 | 09/29 | 14,554.57 |
| 09/10 | 6,032.72 | 09/21 | 9,084.26 | 09/30 | 20,780.93 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

This Page Intentionally Left Blank

2:34 PM
10/14/26

# KESA LLC
## Payroll Summary
October 16, 2026

| | CHRISTINA JOHNS... | | EMMANUELA F JA... | | MAE S DANIELS | | PENNY C RISER | | SAMIR M ABU AJAJ | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Oct 16, ... | Hours | Oct 16, ... | Hours | Oct 16, ... | Hours | Oct 16, ... | Hours | Oct 16, ... | Hours | Oct 16, ... |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | | | |
| **Gross Pay** | | | | | | | | | | | | |
| **Salary** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 3,596.00 | | 3,596.00 |
| **Hourly** | 79.75 | 1,754.50 | 79.08333 | 2,135.25 | 11.21667 | 224.33 | 54 | 837.00 | | 0.00 | 224.05 | 4,951.08 |
| **Total Gross Pay** | 79.75 | 1,754.50 | 79.08333 | 2,135.25 | 11.21667 | 224.33 | 54 | 837.00 | | 3,596.00 | 224.05 | 8,547.08 |
| **Adjusted Gross Pay** | 79.75 | 1,754.50 | 79.08333 | 2,135.25 | 11.21667 | 224.33 | 54 | 837.00 | | 3,596.00 | 224.05 | 8,547.08 |
| **Taxes Withheld** | | | | | | | | | | | | |
| **Federal Withholding** | | -166.00 | | -192.00 | | 0.00 | | -56.00 | | -264.00 | | -678.00 |
| **Medicare Employee** | | -25.44 | | -30.96 | | -3.26 | | -12.13 | | -52.14 | | -123.93 |
| **Social Security Employee** | | -108.78 | | -132.38 | | -13.91 | | -51.89 | | -222.95 | | -529.91 |
| **MD - Withholding** | | -125.84 | | -145.81 | | -7.25 | | 0.00 | | 0.00 | | -278.90 |
| **VA - Withholding** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **WV - Withholding** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **MD - FAMLI Emp.** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Medicare Employee Addl Tax** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Total Taxes Withheld** | | -426.06 | | -501.15 | | -24.42 | | -120.02 | | -539.09 | | -1,610.74 |
| **Net Pay** | **79.75** | **1,328.44** | **79.08333** | **1,634.10** | **11.21667** | **199.91** | **54** | **716.98** | | **3,056.91** | **224.05** | **6,936.34** |
| **Employer Taxes and Contributions** | | | | | | | | | | | | |
| **Federal Unemployment** | | 0.00 | | 0.00 | | 1.35 | | 0.00 | | 0.00 | | 1.35 |
| **Medicare Company** | | 25.44 | | 30.96 | | 3.26 | | 12.13 | | 52.14 | | 123.93 |
| **Social Security Company** | | 108.78 | | 132.38 | | 13.91 | | 51.89 | | 222.95 | | 529.91 |
| **MD - Unemployment** | | 0.00 | | 0.00 | | 0.67 | | 0.00 | | 0.00 | | 0.67 |
| **MD - FAMLI Co.** | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Total Employer Taxes and Contributions** | | **134.22** | | **163.34** | | **19.19** | | **64.02** | | **275.09** | | **655.86** |