**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:**<br><br>**KESA LLC,**<br><br>**Debtor.** | **Case No.: 26-19154-MCR**<br>**Chapter 11 (Subchapter V)** |

**UNITED STATES TRUSTEE'S EXHIBIT AND WITNESS LIST**

Matthew W. Cheney, Acting United States Trustee for Region 4 ("United States Trustee"), hereby files this Exhibit and Witness List for the hearing on October 28, 2026, regarding the Amended Application for Order Authorizing Employment of Daniel M. Press as Counsel for Debtor-In-Possession and Notice of Opportunity to Object (the "Amended Application").

**EXHIBIT LIST**

| Exhibit # | Docket # | Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| UST1 | 22 | Amended Application for Order Authorizing Employment of Daniel M. Press as Counsel for Debtor-In-Possession and Notice of Opportunity to Object | | | |
| UST2 | 22-1 | Affidavit Pursuant to Federal Rule of Bankruptcy Procedure 2014 and Section 327 of the Bankruptcy Code | | | |
| UST3 | 22-2 | Retainer Letter | | | |
| UST4 | 22-3 | Disclosure of Compensation of Attorney for Debtor | | | |

The United States Trustee reserves the right to use any exhibit or call any witness identified by any other party.

Date: October 26, 2026

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4
By Counsel:

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No.: 12933
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: jeanette.rice@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing List will be served electronically by the Court's CM/ECF system on the following:

Daniel M. Press: dan@danpress.us; pressdm@gmail.com; danpress@recap.email

Monique Desiree Almy: malmy@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com

Paul Sweeney: psweeney@yvslaw.com; jbeckman@yvslaw.com; pgomez@yvslaw.com; cadams@yvslaw.com; sweeneypr39990@notify.bestcase.com; r39990@notify.bestcase.com; vmichaelides@yvslaw.com

*/s/L. Jeanette Rice*
L. Jeanette Rice