**MARIA ELLENA CHAVEZ-RUARK, U.S. BANKRUPTCY JUDGE**

Evidentiary Hearing: NO
Exhibits Filed: NO

PROCEEDING MEMO – CHAPTER 11

**Case: 26-19154-MCR**
**Kesa LLC**

Date: 10/28/2026 at 11:00 a.m.

Appearances: Daniel M. Press, counsel for Debtor
Monique Desiree Almy, Subchapter V Trustee
Darby Fowler, counsel for Gable Signs
L. Jeanette Rice, Office of the United States Trustee

Also present: Samir Abu-ajaj, Debtor representative

[1] Chapter 11 Subchapter V Voluntary Petition Non-Individual . Fee Amount $1738 Filed by Kesa LLC.

COMMENTS: Counsel for the Debtor reported:

- The Debtor operates a furniture store at the Hagerstown Premium Outlets in Hagerstown.
- The landlord shut down the outlets, and its lender (represented by Laura Bouyea at Venable) filed a receivership action. Washington County Circuit Court appointed a receiver, but the Debtor does not have contact information for the receiver.
- The Debtor paid September rent but not October rent because it does not know who to pay.
- The Debtor says the landlord breached the lease's operating covenant, and the Debtor served notice of the breach as set forth in the lease agreement.
- The Debtor's inventory remains in the store's space at the outlets.
- The Debtor has no secured creditors, and no prepetition wages are owed to employees.
- The Debtor has nine W-2 employees and two 1099 independent contractors (one of whom is part-time).
- The Debtor filed bankruptcy because of the decrease in sales from the outlets not operating.
- The priority taxes on Schedule E/F are for 2025 and 2026 taxes.
- The Debtor paid the landlord $40,000 during the preference period for rent.
- With regard to the litigation identified in the SOFA:
  - Nagy – disgruntled consumer, claim settled, case dismissed
  - Hagerstown Premium Outlets – failure to pay rent action
  - CIT Group – judgment entered

- Furniture Values – judgment entered
- Gable Signs & Graphics – judgment entered
- Hooker Furnishing – judgment entered
- Campbell Sales Group – judgment entered
- HighRock Studios – judgment entered
- Guzman – disgruntled consumer, Debtor not served, remains pending

➢ Most of the judgments were by consent with agreed upon weekly payment plans. The Debtor stopped making payments when it filed this case.

➢ The Debtor gave a $20,000 retainer to its counsel.

➢ The Debtor proposes to pay $2,000/month to the Sub V Trustee, which she has agreed to. The Debtor made payments for September and October.

The Sub V Trustee reported that the Debtor has a good business model, but the case is complicated by the landlord's receivership. She reported that favorable resolution of the lease issues is key to the Debtor's success.

The UST's counsel reported that the IDI has been conducted and that she has received all requested documents and other information.

The Court noted that the claims bar date is 10/29/26 and that the plan is due 11/18/26.

DISPOSITION: Status conference held. Court will issue second scheduling order requiring Debtor to pay $2,000/month to Sub V Trustee for her fees.