United States Bankruptcy Court
District of Maryland

In re:
Kesa LLC
Debtor

Case No. 26-19154-MCR
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 2
Date Rcvd: Oct 30, 2026 | Form ID: stahrgba | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kesa LLC, 900 Premium Outlets Blvd, Hagerstown, MD 21740-9540 |
| cr | + | Gable Signs, c/o Paul Sweeney, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | + | Outlet Village of Hagerstown Limited Partnership, 225 W. Washington Street, Indianapolis, IN 46204, UNITED STATES 46204-3435 |
| 33362462 | + | A.G. Adjustments Ltd, PO Box 9090, Melville, NY 11747-9090 |
| 33416215 | + | Ashley Stuckey, 11210 Youngstoun Drive Apt. 915, Hagerstown, MD 21742-8166 |
| 33362463 | + | Beatrice Fomumen, 19 Observation Ct Apt 304, Germantown, MD 20876-6413 |
| 33362465 | + | Business & Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| 33362466 | + | Campbell Sales Group Inc., 2118 Mercantile Dr., Leland, NC 28451-4103 |
| 33393785 | + | Columbia Gas of Maryland, PO Box 70322, Philadelphia PA 19176-0322 |
| 33362469 | + | Continental Furniture Brands LLC, P.O. Box 836, Pontotoc, MS 38863-0836 |
| 33393786 | + | Felix & Frances Guzman, 128 LOUDON RD, Mercersburg, PA 17236-1720 |
| 33362470 | + | Furniture Values International LLC, 601 North 75th Avenue, Phoenix, AZ 85043-2111 |
| 33407025 | + | Furniture Values International, LLC, 601 N. 75th Avenue, Phoenix, AZ 85043-2111 |
| 33362471 | + | Gable Signs & Graphics, Inc., 7440 Fort Smallwood Rd, Baltimore, MD 21226-1973 |
| 33362472 | + | Hagerstown Premium Outlets LLC, 225 W Washington St, Indianapolis, IN 46204-3435 |
| 33412220 | + | High Rock Studio, Inc., C/o James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 33362473 | + | HighRock Studios Inc, 20140 Scholar Drive, Suite 316, Hagerstown, MD 21742-6507 |
| 33362474 | + | Hooker Furnishing Corp, PO Box 4708, Martinsville, VA 24115-4708 |
| 33387634 | + | Hooker Furnishing Corporation, 440 E. Commonwealth Boulevard, Martinsville, WV 24112-2040 |
| 33362475 | + | Intercon Inc., 635 N Billy Mitchell Rd, Salt Lake City, UT 84116-3090 |
| 33417244 | + | Kesa LLC dba Tim's Furniture Mart, 900 Premium Outlets Boulevard, Hagerstown, MD 21740-9540 |
| 33362477 | + | Kiet Anh Nguyen, 20108 Mackintosh Ln #31, Germantown, MD 20876-2706 |
| 33362478 | + | Kind & Dashoff, 1 Church Ln, Pikesville, MD 21208-3709 |
| 33362480 | + | MASSA GALLERY CORP, 118 Tuckahoe Rd, Sewell, NJ 08080-3836 |
| 33362479 | + | Malouf, 1525 W 2960 S, Logan, UT 84321-5798 |
| 33393787 | + | McNamee Hosea, 6404 Ivy Ln Ste 820, Greenbelt, MD 20770-1416 |
| 33362481 | + | Revolutionary Retail, 7353-A West Friendly Ave, Greensboro, NC 27410-6233 |
| 33387633 | + | Richard M. Kind, Esquire, Kind & Dashoff, LLC, One Church Lane, Baltimore, MD 21208-3709 |
| 33393788 | + | Samir Abu Ajaj, 25468 Hopton house Terrace, Chantilly VA 20152-5817 |
| 33362483 | + | Setliff Law PC, 4940 Dominion Blvd, Glen Allen, VA 23060-6766 |
| 33362484 | + | Tawfik Almareh, 123 Noels Pl, Tappahannock, VA 22560-5080 |
| 33362485 | + | Thompson International Inc., 635 N Billy Mitchell Rd, Suite B, Salt Lake City, UT 84116-3090 |
| 33364914 | + | Thomson International Inc dba Westwood Design, 635 N Billy Mitchell Rd, Salt Lake City, UT 84116-2979 |
| 33362487 | + | Waleed Alashmali, 123 Noels Pl, Tappahannock, VA 22560-5080 |
| 33362489 | + | Woodhaven Enterprises LLC, P.O. Box 716179, Cincinnati, OH 45271-6179 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33362464 | | Email/Text: bedgear-credit@bedgear.com | Oct 30 2026 17:13:00 | Bedgear LLC, 200 Sea Lane, Farmingdale, NY 11735 |
| 33362468 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 30 2026 17:12:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 33362476 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2026 17:12:00 | Internal Revenue Service, PO Box 7346, |

| | | | |
|---|---|---|---|
| | | | Philadelphia, PA 19101-7346 |
| 33376130 | + Email/Text: bankruptcy@simon.com | Oct 30 2026 17:13:00 | Outlet Village of Hagerstown Limited Partnership, c/o Simon Property Group, L.P., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 33362486 | + Email/Text: arbankruptcy@uline.com | Oct 30 2026 17:13:00 | Uline Shipping Supplies, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 33362488 | + Email/Text: thershey@washco-md.net | Oct 30 2026 17:13:00 | Washington County Treasurer, 35 West Washington Street, Suite 102, Hagerstown, MD 21740-4844 |
| 33362490 | + Email/Text: jbeckman@yvslaw.com | Oct 30 2026 17:13:00 | YVS Law LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33362467 | | CIT Group Commercial Services, INVALID ADDRESS PROVIDED |
| 33362482 | | Samir Abu Ajaj, INVALID ADDRESS PROVIDED |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Monique Desiree Almy | malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Paul Sweeney | psweeney@yvslaw.com jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26–19154 – MCR** Chapter: **11**

**Kesa LLC**
Debtor

## NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings.

PLEASE TAKE NOTICE that a Status Conference will be held on 10/28/26 at 11:30 AM

to consider and act upon the following:

1 – Chapter 11 Subchapter V Voluntary Petition Non–Individual . Fee Amount $1738 Filed by Kesa LLC. Ch 11 Plan Subch V Due by 11/18/2026. Government Proof of Claim due by 02/16/2027. Schedules A–H due 09/3/2026. Declaration for Schedules due 09/3/2026. Statement of Financial Affairs due 09/3/2026. Summary of Assets and Liabilities due 09/3/2026. Incomplete Filings due 09/3/2026 (Press, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/19/26

Mark A. Neal, Clerk of Court
by Courtroom Deputy Clerk, Jennifer Whitfield