Entered: November 2nd, 2026

Signed: October 31st, 2026

**SO ORDERED**

UNITED STATES BANKRUPTCY COURT ★ DISTRICT OF MARYLAND ★

*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>KESA LLC,<br><br>Debtor. | Case Number: 26-19154-MCR<br>(Chapter 11) |

**SECOND SCHEDULING ORDER**

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On August 25, 2026, the Court entered an Initial Scheduling Order [ECF No. 10] in this case, and on October 28, 2026, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code.

Based on the record and for good cause appearing, it is ORDERED:

Unless the Court orders otherwise, within seven (7) days of the entry of this Second Scheduling Order and continuing monthly thereafter on the first business day of each month until the Debtor's confirmed plan becomes effective, the Debtor shall remit to the Subchapter V Trustee the sum of **two thousand dollars ($2,000)** (the "Monthly Payment"). The Subchapter V Trustee shall hold each Monthly Payment in escrow for the purpose of paying allowed administrative expense claims in this case, including but not limited to the Court-approved compensation to the Subchapter V Trustee for services rendered and expenses incurred during the case. Upon written agreement by the Debtor and the Subchapter V Trustee, and subject to any terms imposed by the Subchapter V Trustee, the Debtor or the Debtor's counsel may hold the Monthly Payments in escrow. The amount of the Monthly Payment is subject to adjustment by the Court *sua sponte* at any subsequent status conference or upon the request of any interested party. The Debtor shall include the Monthly Payments in any proposed cash collateral budget.

The Debtor's obligation to pay the Subchapter V Trustee's fees incurred in connection with this case shall survive the dismissal of this case and shall be an enforceable claim against the Debtor after the dismissal of this case unless otherwise ordered by the Court.

cc: Debtor – Kesa LLC
Debtor's counsel – Daniel M. Press
Subchapter V trustee – Monique Desiree Almy
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**