United States Bankruptcy Court
District of Maryland

In re: Case No. 26-19154-MCR
Kesa LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 3
Date Rcvd: Nov 02, 2026 Form ID: pdfall Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kesa LLC, 900 Premium Outlets Blvd, Hagerstown, MD 21740-9540 |
| cr | + | Gable Signs, c/o Paul Sweeney, Esquire, YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | + | Outlet Village of Hagerstown Limited Partnership, 225 W. Washington Street, Indianapolis, IN 46204, UNITED STATES 46204-3435 |
| 33362462 | + | A.G. Adjustments Ltd, PO Box 9090, Melville, NY 11747-9090 |
| 33416215 | + | Ashley Stuckey, 11210 Youngstoun Drive Apt. 915, Hagerstown, MD 21742-8166 |
| 33362463 | + | Beatrice Fomumen, 19 Observation Ct Apt 304, Germantown, MD 20876-6413 |
| 33362465 | + | Business & Technology Law Group, 6310 Hillside Court, Suite 160, Columbia, MD 21046-1081 |
| 33362466 | + | Campbell Sales Group Inc., 2118 Mercantile Dr., Leland, NC 28451-4103 |
| 33427465 | + | Campbell Sales Group, Inc. t/a Leather Italia USA, P.O. Box 93661, Atlanta, GA 31193-0001 |
| 33393785 | + | Columbia Gas of Maryland, PO Box 70322, Philadelphia PA 19176-0322 |
| 33362469 | + | Continental Furniture Brands LLC, P.O. Box 836, Pontotoc, MS 38863-0836 |
| 33393786 | + | Felix & Frances Guzman, 128 LOUDON RD, Mercersburg, PA 17236-1720 |
| 33362470 | + | Furniture Values International LLC, 601 North 75th Avenue, Phoenix, AZ 85043-2111 |
| 33407025 | + | Furniture Values International, LLC, 601 N. 75th Avenue, Phoenix, AZ 85043-2111 |
| 33362471 | + | Gable Signs & Graphics, Inc., 7440 Fort Smallwood Rd, Baltimore, MD 21226-1973 |
| 33362472 | + | Hagerstown Premium Outlets LLC, 225 W Washington St, Indianapolis, IN 46204-3435 |
| 33412220 | + | High Rock Studio, Inc., C/o James M. Hoffman, Esq., Offit Kurman, P.A., 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814-6604 |
| 33362473 | + | HighRock Studios Inc, 20140 Scholar Drive, Suite 316, Hagerstown, MD 21742-6507 |
| 33362474 | + | Hooker Furnishing Corp, PO Box 4708, Martinsville, VA 24115-4708 |
| 33387634 | + | Hooker Furnishing Corporation, 440 E. Commonwealth Boulevard, Martinsville, WV 24112-2040 |
| 33362475 | + | Intercon Inc., 635 N Billy Mitchell Rd, Salt Lake City, UT 84116-3090 |
| 33417244 | + | Kesa LLC dba Tim's Furniture Mart, 900 Premium Outlets Boulevard, Hagerstown, MD 21740-9540 |
| 33362477 | + | Kiet Anh Nguyen, 20108 Mackintosh Ln #31, Germantown, MD 20876-2706 |
| 33362478 | + | Kind & Dashoff, 1 Church Ln, Pikesville, MD 21208-3709 |
| 33362480 | + | MASSA GALLERY CORP, 118 Tuckahoe Rd, Sewell, NJ 08080-3836 |
| 33362479 | + | Malouf, 1525 W 2960 S, Logan, UT 84321-5798 |
| 33393787 | + | McNamee Hosea, 6404 Ivy Ln Ste 820, Greenbelt, MD 20770-1416 |
| 33437331 | + | Outlet Village of Hagerstown LP, c/o Venable LLP, Attn: Laura S. Bouyea, 750 E. Pratt Street, Suite 900, Baltimore, MD 21202-3157 |
| 33437332 | + | Outlet Village of Hagerstown LP (by Receiver), c/o Venable LLP, Attn: Laura S. Bouyea, 750 E. Pratt Street, Suite 900, Baltimore, MD 21202-3157 |
| 33362481 | + | Revolutionary Retail, 7353-A West Friendly Ave, Greensboro, NC 27410-6233 |
| 33387633 | + | Richard M. Kind, Esquire, Kind & Dashoff, LLC, One Church Lane, Baltimore, MD 21208-3709 |
| 33393788 | + | Samir Abu Ajaj, 25468 Hopton house Terrace, Chantilly VA 20152-5817 |
| 33362483 | + | Setliff Law PC, 4940 Dominion Blvd, Glen Allen, VA 23060-6766 |
| 33362484 | + | Tawfik Almareh, 123 Noels Pl, Tappahannock, VA 22560-5080 |
| 33426357 | + | The CIT Group Commercial Services Inc., 134 Wooding Ave, Danville, VA 24541-3763 |
| 33362485 | + | Thompson International Inc., 635 N Billy Mitchell Rd, Suite B, Salt Lake City, UT 84116-3090 |
| 33364914 | + | Thomson International Inc dba Westwood Design, 635 N Billy Mitchell Rd, Salt Lake City, UT 84116-2979 |
| 33362487 | + | Waleed Alashmali, 123 Noels Pl, Tappahannock, VA 22560-5080 |
| 33362489 | + | Woodhaven Enterprises LLC, P.O. Box 716179, Cincinnati, OH 45271-6179 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Nov 02 2026 19:24:00 | Office of the U.S. Trustee, 6305 Ivy Lane, Suite |

| | | | | |
|---|---|---|---|---|
| | | | | 600, Greenbelt, MD 20770-6305 |
| 33362464 | | Email/Text: bedgear-credit@bedgear.com | Nov 02 2026 19:24:00 | Bedgear LLC, 200 Sea Lane, Farmingdale, NY 11735 |
| 33362468 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Nov 02 2026 19:23:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 33362476 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2026 19:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33376130 | + | Email/Text: bankruptcy@simon.com | Nov 02 2026 19:24:00 | Outlet Village of Hagerstown Limited Partnership, c/o Simon Property Group, L.P., 225 West Washington Street, Indianapolis, IN 46204-3435 |
| 33362486 | + | Email/Text: arbankruptcy@uline.com | Nov 02 2026 19:24:00 | Uline Shipping Supplies, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 33362488 | + | Email/Text: thershey@washco-md.net | Nov 02 2026 19:24:00 | Washington County Treasurer, 35 West Washington Street, Suite 102, Hagerstown, MD 21740-4844 |
| 33362490 | + | Email/Text: jbeckman@yvslaw.com | Nov 02 2026 19:24:00 | YVS Law LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33362467 | | CIT Group Commercial Services, INVALID ADDRESS PROVIDED |
| 33362482 | | Samir Abu Ajaj, INVALID ADDRESS PROVIDED |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Monique Desiree Almy | malmy@crowell.com cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Paul Sweeney | psweeney@yvslaw.com |

| | |
|---|---|
| | jbeckman@yvslaw.com,pgomez@yvslaw.com,cadams@yvslaw.com,sweeneypr39990@notify.bestcase.com,r39990@notify.bestcase.com,vmichaelides@yvslaw.com |
| Richard Kind | kinddash@kinddash.net |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 6

Entered: November 2nd, 2026

Signed: October 31st, 2026

**SO ORDERED**

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| In re:<br><br>KESA LLC,<br><br>Debtor. | Case Number: 26-19154-MCR<br>(Chapter 11) |

# SECOND SCHEDULING ORDER

The above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On August 25, 2026, the Court entered an Initial Scheduling Order [ECF No. 10] in this case, and on October 28, 2026, the Court held a preliminary status conference under Section 1188 of the Bankruptcy Code.

Based on the record and for good cause appearing, it is ORDERED:

Unless the Court orders otherwise, within seven (7) days of the entry of this Second Scheduling Order and continuing monthly thereafter on the first business day of each month until the Debtor's confirmed plan becomes effective, the Debtor shall remit to the Subchapter V Trustee the sum of **two thousand dollars ($2,000)** (the "Monthly Payment"). The Subchapter V Trustee shall hold each Monthly Payment in escrow for the purpose of paying allowed administrative expense claims in this case, including but not limited to the Court-approved compensation to the Subchapter V Trustee for services rendered and expenses incurred during the case. Upon written agreement by the Debtor and the Subchapter V Trustee, and subject to any terms imposed by the Subchapter V Trustee, the Debtor or the Debtor's counsel may hold the Monthly Payments in escrow. The amount of the Monthly Payment is subject to adjustment by the Court *sua sponte* at any subsequent status conference or upon the request of any interested party. The Debtor shall include the Monthly Payments in any proposed cash collateral budget.

The Debtor's obligation to pay the Subchapter V Trustee's fees incurred in connection with this case shall survive the dismissal of this case and shall be an enforceable claim against the Debtor after the dismissal of this case unless otherwise ordered by the Court.

cc: Debtor – Kesa LLC
Debtor's counsel – Daniel M. Press
Subchapter V trustee – Monique Desiree Almy
Office of the United States Trustee
All creditors and parties in interest

**END OF ORDER**