**Fill in this information to identify the case:**

Debtor Name: Kesa LLC

United States Bankruptcy Court for the: District of Maryland

Case number: 26-19154

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: OCTOBER 2026

Date report filed: 11/23/26 (MM / DD / YYYY)

Line of business: FURNITURE RETAIL

NAISC code: 449110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: KESA LLC

Original signature of responsible party: 

Printed name of responsible party: SAMIR ABU-AJAJ

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ______________________________ Case number______________________

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 20,780.93

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $ 154,003.96

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — - $ 147,651.42

22. **Net cash flow** — + $ 6,352.54

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. — = $ 27,133.47

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ __________

*(Exhibit E)*

Debtor Name ______________________ Case number______________________

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ________

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 9

27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 2,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 27,000.00

30. How much have you paid this month in other professional fees? $ ________

31. How much have you paid in total other professional fees since filing the case? $ ________

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 158,000.00 | – | $ 154,003.96 | = | $ 3,996.04 |
| 33. **Cash disbursements** | $ 149,500.00 | – | $ 147,651.42 | = | $ 1,848.58 |
| 34. **Net cash flow** | $ 8,500.00 | – | $ 6,352.54 | = | $ 2,147.46 |

35. Total projected cash receipts for the next month: $ 160,000.00

36. Total projected cash disbursements for the next month: - $ 15,200.00

37. Total projected net cash flow for the next month: = $ 8,000.00

Debtor Name ____________________ Case number____________________

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

**Merchant Statement**

KURV
250 WEST HURON ROAD, SUITE 400
CLEVELAND, OH 44113
CUSTOMER SUPPORT: 800-615-1330

Processing Month: 10-26 9278
Association Number: 107840
Merchant Number: 2632
Routing Number: xxxxx0037
Deposit Account Number: xxxxxx5206

Amount Deducted:
$896.91

TIM'S FURNITURE MART
SAMIR ABU-AJAJ
900 PREMIUM OUTLETS BLVD
HAGERSTOWN MD 21740-9540

**Plan Summary**

| *Plan Code* | *Number of Sales* | *Amount of Sales* | *Number of Credits* | *Amount of Credits* | *Net Sales* | *Average Ticket* | *Disc P/I* | *Disc %* | *Discount Due* |
|---|---|---|---|---|---|---|---|---|---|
| VS | 44 | 46,670.02 | 07 | 4,938.48 | 41,731.54 | 1,060.68 | | 1.2000 | 560.04 |
| MC | 18 | 44,195.00 | 01 | 399.00 | 43,796.00 | 2,455.28 | | 1.2000 | 530.34 |
| AM | 04 | 6,381.00 | 00 | .00 | 6,381.00 | 1,595.25 | | 1.2000 | 76.57 |
| DS | 06 | 16,951.40 | 00 | .00 | 16,951.40 | 2,825.23 | | 1.2000 | 203.42 |
| DB | 00 | .00 | 00 | .00 | .00 | .00 | | | .00 |
| EB | 00 | .00 | 00 | .00 | .00 | .00 | 0.75000 | | .00 |
| ** | **72** | **114,197.42** | **08** | **5,337.48** | **108,859.94** | **1,586.08** | | | **1,370.37** |

## Deposits

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Net Deposit |
|---|---|---|---|---|---|---|---|---|
| 01 | 90001430001 | D | T | 01 | 419.76 | .00 | 14.05 | 405.71 |
| 01 | 90001820001 | D | T | 01 | 1,749.00 | .00 | 51.62 | 1,697.38 |
| 02 | 90001830005 | D | T | 05 | 7,054.44 | .00 | 192.49 | 6,861.95 |
| 05 | 90001840002 | D | T | 02 | 2,700.00 | .00 | 35.29 | 2,664.71 |
| 05 | 90001850005 | D | T | 05 | 9,261.68 | .00 | 213.21 | 9,048.47 |
| 05 | 90001860002 | D | T | 02 | 6,095.00 | .00 | 213.73 | 5,881.27 |
| 06 | 90001870002 | D | T | 00 | .00 | 1,309.00 | .30 | -1,309.30 |
| 07 | 90001880001 | D | T | 01 | 1,057.88 | .00 | 13.84 | 1,044.04 |
| 08 | 90001890002 | D | T | 02 | 1,274.54 | .00 | 42.75 | 1,231.79 |
| 09 | 90001900004 | D | T | 04 | 2,408.79 | .00 | 70.39 | 2,338.40 |
| 12 | 90001910002 | D | T | 02 | 5,030.00 | .00 | 165.55 | 4,864.45 |
| 12 | 90001440001 | D | T | 01 | 636.00 | .00 | 8.27 | 627.73 |
| 12 | 90001920001 | D | T | 01 | 5,086.94 | .00 | 178.24 | 4,908.70 |
| 14 | 90001930001 | D | T | 01 | 200.00 | .00 | 6.20 | 193.80 |
| 15 | 90001940001 | D | T | 01 | 2,550.00 | .00 | 32.50 | 2,517.50 |
| 19 | 90001950003 | D | T | 03 | 3,110.02 | .00 | 96.94 | 3,013.08 |
| 19 | 90001960006 | D | T | 06 | 3,316.15 | .00 | 70.77 | 3,245.38 |
| 19 | 90001970002 | D | T | 02 | 9,720.20 | .00 | 192.98 | 9,527.22 |
| 20 | 90001980001 | D | T | 01 | 952.94 | .00 | 31.95 | 920.99 |
| 21 | 90001990002 | D | T | 02 | 1,800.00 | .00 | 52.57 | 1,747.43 |
| 22 | 90001000003 | D | T | 03 | 5,035.88 | .00 | 172.33 | 4,863.55 |
| 23 | 90001010001 | D | T | 01 | 739.88 | .00 | 9.87 | 730.01 |
| 26 | 90001020004 | D | T | 02 | 2,690.00 | 2,690.48 | 62.87 | -63.35 |
| 26 | 90001030007 | D | T | 07 | 21,167.62 | .00 | 714.55 | 20,453.07 |
| 26 | 90001040006 | D | T | 06 | 8,840.00 | .00 | 272.16 | 8,567.84 |
| 27 | 90001050002 | D | T | 02 | 920.08 | .00 | 14.45 | 905.63 |
| 27 | 90001450001 | D | T | 01 | 637.58 | .00 | 27.93 | 609.65 |
| 28 | 90001060005 | D | T | 03 | 5,775.34 | 499.00 | 181.01 | 5,095.33 |
| 28 | 90001460001 | D | T | 00 | .00 | 700.00 | .00 | -700.00 |
| 29 | 90001070003 | D | T | 02 | 3,062.76 | 139.00 | 39.52 | 2,884.24 |
| 29 | 90001470001 | D | T | 01 | 53.00 | .00 | 2.51 | 50.49 |
| 30 | 90001080001 | D | T | 01 | 851.94 | .00 | 11.27 | 840.67 |
| | **Deposit Totals** | | | **72** | **114,197.42** | **5,337.48** | **3,192.11** | **105,667.83** |

## Adjustments

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Net Deposit |
|---|---|---|---|---|---|---|---|---|
| 16 | 96000672536 | A | T | 00 | -121.00 | .00 | .00 | -121.00 |
| | **Adjustment Totals** | | | **00** | **-121.00** | **.00** | **.00** | **-121.00** |

## Chargebacks

| Day | Reference Number | Tran Code | Plan Code | Number of Sales | Amount of Sales | Amount of Credits | Discount Paid | Net Deposit |
|---|---|---|---|---|---|---|---|---|
| 05 | 90001330001 | C | T | 01 | 806.66 | .00 | .00 | 806.66 |
| 05 | 90001370001 | B | T | 01 | 4,202.00 | .00 | .00 | 4,202.00 |
| 06 | 90001500005 | B | T | 01 | 7,294.46 | .00 | .00 | 7,294.46 |
| 08 | 90001910004 | B | T | 01 | 3,000.00 | .00 | .00 | 3,000.00 |
| 09 | 90001840001 | C | T | 01 | 1,850.00 | .00 | .00 | 1,850.00 |
| 12 | 90001250006 | B | T | 01 | 2,024.59 | .00 | .00 | 2,024.59 |
| 15 | 90001330001 | B | T | 01 | 806.66 | .00 | .00 | 806.66 |
| 27 | 90001160001 | C | T | 01 | 950.00 | .00 | .00 | 950.00 |
| 27 | 90001050001 | C | T | 01 | 1,651.48 | .00 | .00 | 1,651.48 |
| 30 | 90001620004 | C | T | 01 | 2,150.00 | .00 | .00 | 2,150.00 |
| 30 | 90001230001 | C | T | 01 | 500.00 | .00 | .00 | 500.00 |
| | **Chargeback Totals** | | | **11** | **-9,419.57** | **.00** | **.00** | **-9,419.57** |

## Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 04 | | | 0.15000 | AM Auth | .00 | .60 |
| 07 | | | 0.15000 | DS Auth | .00 | 1.05 |
| 22 | | | 0.15000 | MC Auth | .00 | 3.30 |
| 51 | | | 0.15000 | VS Auth | .00 | 7.65 |
| | | | | | Total Authorization Fees: | 12.60 |
| **TRANSACTION FEES:** | | | | | | |
| 06 | 16951.40 | | | DS Network Processing | .60 | .60 |
| 18 | 44195.00 | | | MC Network Processing | 1.80 | 1.80 |
| 44 | 46670.02 | | | VS Network Processing | 4.40 | 4.40 |
| 03 | | | 45.00000 | Re-Presentments | .00 | 135.00 |
| 06 | | | 45.00000 | Chargeback Processing | .00 | 270.00 |
| 32 | | | 0.30000 | Batch Header | 9.60 | 9.60 |
| | | | | | Total Transaction Fees: | 421.40 |
| **INTERCHANGE FEES / AMERICAN EXPRESS PROGRAM FEES:** | | | | | | |
| 02 | 733.20 | | | VS CPS Retail Check DB | 6.17 | 6.17 |
| 04 | 1340.57 | | | VS Non Qualification Cons CR | 42.62 | 42.62 |
| 01 | 1590.00 | | | VS VT Product 2 | 24.11 | 24.11 |
| 02 | 800.00 | | | VS VTR Product 2 | 13.40 | 13.40 |
| 03 | 2111.68 | | | VS VS Product 2 | 35.15 | 35.15 |
| 09 | 13388.26 | | | VS VSP Product 2 | 282.04 | 282.04 |
| 01 | 1270.94 | | | VS VIQ Product 2 | 29.33 | 29.33 |
| 01 | 419.76 | | | VS InterReg Super Prem Alternative | 8.31 | 8.31 |
| 20 | 24315.61 | | | VS US REG DB | 16.59 | 16.59 |
| 01 | 700.00 | | | VS CPS Retail PPD | 8.20 | 8.20 |
| 01 | 1760.02 | | | MC Merit3 CR | 29.14 | 29.14 |
| 01 | 1590.00 | | | MC Enhanced Merit3 Base | 28.72 | 28.72 |
| 02 | 1809.42 | | | MC Merit3 DB | 19.30 | 19.30 |
| 01 | 7420.00 | | | MC World Merit3 | 141.08 | 141.08 |
| 10 | 27100.56 | | | MC World Elite Merit3 | 624.32 | 624.32 |
| 01 | 2915.00 | | | MC High Value Merit3 Base 1 | 67.15 | 67.15 |
| 02 | 1600.00 | | | MC US REGF Cons POS DB Adj | 1.24 | 1.24 |
| 02 | 1481.00 | | | AM Retail Tier 2 | 30.57 | 30.57 |
| 02 | 4900.00 | | | AM Retail Tier 3 | 122.70 | 122.70 |
| 01 | 6752.20 | | | DS PSL Retail DB | 74.43 | 74.43 |
| 03 | 5727.20 | | | DS PSL Retail Prem | 99.95 | 99.95 |
| 02 | 4472.00 | | | DS Retail Prem Plus | 100.82 | 100.82 |
| | | | | | Total Interchange Fees / American Express Program Fees: | 1805.34 |
| **CARD BRAND FEES:** | | | | | | |
| 20 | | | | VS NAPF Domestic CR Authorization | .00 | .39 |
| 12 | 6915.05 | | | VS US Domestic Digital Commerce Services | .00 | 1.04 |
| 01 | 419.76 | | | VS US Intl Digital Commerce Services CNP | .00 | .15 |
| 01 | 419.76 | | | VS Intl Acquirer IAF | .00 | 1.89 |
| 01 | | | | VS NAPF Intl CR Authorization | .00 | .04 |
| 01 | 419.76 | | | VS US Acquirer ISA Base Purchase | .00 | 4.20 |
| 23 | | | | VS NAPF Domestic DB Authorization | .00 | .36 |
| 05 | 1976.57 | | | VS Transaction Integrity Fee | .00 | .50 |
| 21 | 20921.21 | | | VS US Acquirer Service Fee CR | .00 | 29.29 |
| 23 | 25748.81 | | | VS US Acquirer Service Fee DB | .00 | 33.47 |
| 50 | 50908.50 | | | VS BASE II Transmission Fee | .00 | .13 |
| 02 | 2139.00 | | | VS Acquirer CR Voucher Fee CR | .00 | .04 |
| 04 | 2099.48 | | | VS Acquirer CR Voucher Fee DB PPD | .00 | .06 |
| 12 | 39556.64 | | | MC Acquirer Brand Volume Above | .00 | 59.33 |
| 06 | 4638.36 | | | MC Acquirer Brand Volume | .00 | 6.49 |
| 18 | 44195.00 | | | MC Acquirer License Fee | .00 | 5.52 |
| 01 | 399.00 | | | MC NABU Returns | .00 | .02 |
| 21 | | | | MC NABU Authorization | .00 | .41 |
| 22 | | | | MC Safety Net Acquirer Fee | .00 | .02 |
| 01 | 399.00 | | | MC US MOTO Authorization Domestic Approved | .00 | .06 |
| 01 | 399.00 | | | MC Digital Enablement Fee | .00 | .10 |
| 04 | 6381.00 | | | AM Acquirer Transaction Fee | .00 | .08 |
| 04 | 6381.00 | | | AM US Assessment Fee | .00 | 10.53 |

Case 26-19154 Doc 50 Filed 11/23/26 Page 8 of 17

| | | | | |
|---|---|---|---|---|
| 06 | 16951.40 | DS Acquirer Assessment Fee | .00 | 23.73 |
| 06 | 16951.40 | DS Data Usage Fee | .00 | .02 |
| 07 | | DS Network Authorization Fee | .00 | .13 |
| 72 | 114197.42 | Card Brand Network & Reporting Fees | .00 | 10.16 |
| | | | Total Card Brand Fees: | 188.16 |

**OTHER FEES:**

| | | | | |
|---|---|---|---|---|
| 01 | 10.00 | Monthly Access | .00 | 10.00 |
| 01 | 250.00 | PCI Non-Compliance | .00 | 250.00 |
| 01 | 20.00 | VL Bundle | .00 | 20.00 |
| | 0.00 | Visa FANF | .00 | 9.90 |
| | 0.00 | MC Location Fee | .00 | 1.25 |
| | | | Total Other Fees: | 291.15 |
| | | | **Total Fees Due:** | **2718.65** |

| | |
|---|---|
| Discount Due | 1,370.37 |
| Discount Paid | 1,370.37 |
| Fees Due | 2,718.65 |
| Fees Paid | 1,821.74 |
| Net Fees Due | 896.91 |
| Amount Deducted | 896.91 |

**Important Messages**

| PLAN CODES | | | | | TRANSACTION CODES |
|---|---|---|---|---|---|
| VS -VISA | MC -MASTERCARD | DS -DISCOVER | JC -JCB | T -ALL PLANS | D -DEPOSIT |
| VL -VISA LARGE TICKET | ML -MASTERCARD LARGE TICKET | DD -DISCOVER DEBIT | AM -AMERICAN EXPRESS | 1 -PLAN ONE | C -CHARGEBACK |
| VD -VISA DEBIT | MD -MASTERCARD DEBIT | DZ -DISCOVER BUSINESS | DB -DEBIT | 2 -PLAN TWO | A -ADJUSTMENT |
| VB -VISA BUSINESS | MB -MASTERCARD BUSINESS | DJ -DISCOVER JCB | EC -ELECTRONIC CHECK | 3 -PLAN THREE | B -CHARGEBACK REVERSAL |
| V$ -VISA CASH ADVANCE | M$ -MASTERCARD CASH ADVANCE | D$ -DISCOVER CASH ADVANCE | EB -EBT PP -PAYPAL | | |

# KESA LLC
## Payroll Summary
### November 13, 2026

| | CHRISTINA JOHNSON | | | EMMANUELA F JABOSUNG | | | MAE S DANIELS | | | PENNY C RISER | | | ROSALINA B TORRES | | | SAMIR M ABU AJAJ | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 | Hours | Rate | Nov 13, 26 |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | | | | | | | | | | | | |
| **Gross Pay** | | | | | | | | | | | | | | | | | | | | | |
| **Salary** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 3,596.00 | | | 3,596.00 |
| **Hourly** | 81.01667 | 22.00 | 1,782.37 | 78.21667 | 27.00 | 2,111.85 | 6.96667 | 20.00 | 139.33 | 54 | 15.50 | 837.00 | 15.8 | 22.00 | 347.60 | | | 0.00 | 236.00 | | 5,218.15 |
| **Total Gross Pay** | 81.01667 | | 1,782.37 | 78.21667 | | 2,111.85 | 6.96667 | | 139.33 | 54 | | 837.00 | 15.8 | | 347.60 | | | 3,596.00 | 236.00 | | 8,814.15 |
| **Adjusted Gross Pay** | 81.01667 | | 1,782.37 | 78.21667 | | 2,111.85 | 6.96667 | | 139.33 | 54 | | 837.00 | 15.8 | | 347.60 | | | 3,596.00 | 236.00 | | 8,814.15 |
| **Taxes Withheld** | | | | | | | | | | | | | | | | | | | | | |
| **Federal Withholding** | | | -170.00 | | | -189.00 | | | 0.00 | | | -56.00 | | | 0.00 | | | -264.00 | | | -679.00 |
| **Medicare Employee** | | | -25.84 | | | -30.62 | | | -2.02 | | | -12.14 | | | -5.04 | | | -52.14 | | | -127.80 |
| **Social Security Employee** | | | -110.51 | | | -130.93 | | | -8.64 | | | -51.89 | | | -21.55 | | | -222.95 | | | -546.47 |
| **MD - Withholding** | | | -128.00 | | | -144.00 | | | 0.00 | | | 0.00 | | | -16.80 | | | 0.00 | | | -288.80 |
| **VA - Withholding** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| **WV - Withholding** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| **MD - FAMLI Emp.** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| **Medicare Employee Addl Tax** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -434.35 | | | -494.55 | | | -10.66 | | | -120.03 | | | -43.39 | | | -539.09 | | | -1,642.07 |
| **Net Pay** | **81.01667** | | **1,348.02** | **78.21667** | | **1,617.30** | **6.96667** | | **128.67** | **54** | | **716.97** | **15.8** | | **304.21** | | | **3,056.91** | **236.00** | | **7,172.08** |
| **Employer Taxes and Contributions** | | | | | | | | | | | | | | | | | | | | | |
| **Federal Unemployment** | | | 0.00 | | | 0.00 | | | 0.84 | | | 0.00 | | | 2.09 | | | 0.00 | | | 2.93 |
| **Medicare Company** | | | 25.84 | | | 30.62 | | | 2.02 | | | 12.14 | | | 5.04 | | | 52.14 | | | 127.80 |
| **Social Security Company** | | | 110.51 | | | 130.93 | | | 8.64 | | | 51.89 | | | 21.55 | | | 222.95 | | | 546.47 |
| **MD - Unemployment** | | | 0.00 | | | 0.00 | | | 0.41 | | | 0.00 | | | 1.04 | | | 0.00 | | | 1.45 |
| **MD - FAMLI Co.** | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | **136.35** | | | **161.55** | | | **11.91** | | | **64.03** | | | **29.72** | | | **275.09** | | | **678.65** |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

October 01, 2026 through October 30, 2026
Account Number: [redacted]05206

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00189509 DRE 001 212 30426 NNNNNNNNNNN 1 000000000 64 0000 AT 00
KESA LLC
SAMIR M ABU AJAJ
900 PREMIUM OUTLETS BLVD
HAGERSTOWN MD 21740-9540

01895090501000000025

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20,780.93** |
| Deposits and Additions | 51 | 154,003.96 |
| Checks Paid | 6 | -5,115.40 |
| ATM & Debit Card Withdrawals | 38 | -19,503.51 |
| Electronic Withdrawals | 76 | -122,812.51 |
| Fees | 9 | -220.00 |
| **Ending Balance** | **180** | **$27,133.47** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $2,409.45.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260930 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600264490 Eed:261001 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2740264490Tc | $2,987.38 |
| 10/02 | Remote Online Deposit 1 | 281.44 |
| 10/02 | Remote Online Deposit 1 | 51.42 |
| 10/02 | Remote Online Deposit 1 | 31.29 |
| 10/02 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261001 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603489469 Eed:261002 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2753489469Tc | 1,697.38 |

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261001 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603489468 Eed:261002 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2753489468Tc | 405.71 |
| 10/05 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261002 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609740199 Eed:261005 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2789740199Tc | 6,861.95 |
| 10/05 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000286880137 Eed:261005 Ind ID:F5343637358 Ind Name:Tims Furniture Mart. Trn: 2786880137Tc | 2,854.00 |
| 10/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261005 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603661231 Eed:261006 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2793661231Tc | 9,048.47 |
| 10/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261005 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603661232 Eed:261006 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2793661232Tc | 5,881.27 |
| 10/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261005 CO Entry Descr:Merch Chbksec:CCD Trace#:081004603661162 Eed:261006 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2793661162Tc | 4,202.00 |
| 10/06 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101123772022 Eed:261006 Ind ID: Ind Name:Smith Sharib Trn: 2793772022Tc | 2,953.78 |
| 10/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261005 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603661230 Eed:261006 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2793661230Tc | 2,664.71 |
| 10/06 | Orig CO Name:Kafene Inc Orig ID:945440567 Desc Date: CO Entry Descr:Kafene Incsec:PPD Trace#:273976363589823 Eed:261006 Ind ID: Ind Name:Samir Abu Ajaj Trn: 2793589823Tc | 900.00 |
| 10/06 | Offer:Sunoco | 2.80 |
| 10/07 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261006 CO Entry Descr:Merch Chbksec:CCD Trace#:081004601625347 Eed:261007 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2801625347Tc | 7,294.46 |
| 10/07 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101121698674 Eed:261007 Ind ID: Ind Name:Patterson Derick Trn: 2801698674Tc | 2,382.08 |
| 10/07 | Online Transfer From Chk ...4745 Transaction#: 31124664918 | 1,053.00 |
| 10/08 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261007 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606649154 Eed:261008 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2816649154Tc | 1,044.04 |
| 10/09 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261008 CO Entry Descr:Merch Chbksec:CCD Trace#:081004609938159 Eed:261009 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2829938159Tc | 3,000.00 |
| 10/09 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261008 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609938157 Eed:261009 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2829938157Tc | 1,231.79 |
| 10/13 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101124019593 Eed:261013 Ind ID: Ind Name:Browning Lori Trn: 2864019593Tc | 5,658.86 |
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261012 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607932630 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2867932630Tc | 4,908.70 |
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261012 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607932629 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2867932629Tc | 4,864.45 |
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261009 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600720540 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2860720540Tc | 2,338.40 |
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261012 CO Entry Descr:Merch Chbksec:CCD Trace#:081004607932579 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2867932579Tc | 2,024.59 |

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261012 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607932628 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2867932628Tc | 627.73 |
| 10/15 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261014 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004603590461 Eed:261015 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2883590461Tc | 193.80 |
| 10/16 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261015 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004605836711 Eed:261016 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2895836711Tc | 2,517.50 |
| 10/16 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261015 CO Entry Descr:Merch Chbksec:CCD Trace#:081004605836926 Eed:261016 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2895836926Tc | 806.66 |
| 10/20 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261019 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600341426 Eed:261020 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2930341426Tc | 9,527.22 |
| 10/20 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261019 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600341425 Eed:261020 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2930341425Tc | 3,245.38 |
| 10/20 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261019 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004600341424 Eed:261020 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2930341424Tc | 3,013.08 |
| 10/20 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101120249485 Eed:261020 Ind ID: Ind Name:Trujillo Lara Benita Trn: 2930249485Tc | 1,111.00 |
| 10/21 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261020 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004606301256 Eed:261021 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2946301256Tc | 920.99 |
| 10/22 | Remote Online Deposit 1 | 530.00 |
| 10/22 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261021 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608740811 Eed:261022 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2958740811Tc | 1,747.43 |
| 10/23 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261022 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601849666 Eed:261023 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2961849666Tc | 4,863.55 |
| 10/26 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261023 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004609929146 Eed:261026 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2999929146Tc | 730.01 |
| 10/27 | Remote Online Deposit 1 | 16.99 |
| 10/27 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261026 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607285125 Eed:261027 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3007285125Tc | 20,453.07 |
| 10/27 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261026 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607285126 Eed:261027 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3007285126Tc | 8,567.84 |
| 10/27 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101127449672 Eed:261027 Ind ID: Ind Name:Jackson Brent Trn: 3007449672Tc | 3,575.40 |
| 10/27 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Funding Sec:CCD Trace#:071000287414080 Eed:261027 Ind ID:F5384302441 Ind Name:Tims Furniture Mart. Trn: 3007414080Tc | 2,161.00 |
| 10/28 | Remote Online Deposit 1 | 2,014.00 |
| 10/28 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261027 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608521018 Eed:261028 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3018521018Tc | 905.63 |
| 10/28 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261027 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004608521019 Eed:261028 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3018521019Tc | 609.65 |
| 10/29 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261028 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607786762 Eed:261029 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3027786762Tc | 5,095.33 |

11895090502000000065

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261029 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604270888 Eed:261030 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3034270888Tc | 2,884.24 |
| 10/30 | Orig CO Name:Koalafi Orig ID:9471176879 Desc Date: CO Entry Descr:Lease Fundsec:PPD Trace#:053101124315890 Eed:261030 Ind ID: Ind Name:Smith Mark Trn: 3034315890Tc | 1,212.00 |
| 10/30 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261029 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004604270889 Eed:261030 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3034270889Tc | 50.49 |
| **Total Deposits and Additions** | | **$154,003.96** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 821 ^ | | 10/05 | $1,460.13 |
| 835 * ^ | | 10/07 | 299.00 |
| 836 ^ | | 10/07 | 499.99 |
| 840 * ^ | | 10/28 | 2,336.28 |
| 841 ^ | | 10/27 | 100.00 |
| 842 ^ | 10/29 | 10/29 | 420.00 |
| **Total Checks Paid** | | | **$5,115.40** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Card Purchase 09/30 Wawa 6613 Chantilly VA Card 8915 | $40.00 |
| 10/01 | Recurring Card Purchase 10/01 Vzwrlss*Apocc Visb 800-922-0204 FL Card 8915 | 161.57 |
| 10/02 | Card Purchase 10/01 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 94.96 |
| 10/05 | Card Purchase 10/02 Dri*Uprinting 888-8884211 CA Card 8915 | 85.15 |
| 10/05 | Card Purchase 10/03 Uattend.Com 800-5188925 CA Card 8915 | 79.00 |
| 10/05 | Card Purchase 10/04 Staples 0271 Hagerstown MD Card 8915 | 170.07 |
| 10/05 | Card Purchase 10/04 Samsclub #8193 Hagerstown MD Card 8915 | 17.98 |
| 10/05 | Card Purchase 10/04 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 77.64 |
| 10/06 | Card Purchase 10/05 U-Haulmoving Out Hagerstown MD Card 8915 | 816.51 |
| 10/06 | Card Purchase 10/05 Renaissance 267-6393080 PA Card 8915 | 299.00 |
| 10/06 | Card Purchase 10/05 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 1,000.00 |
| 10/06 | Recurring Card Purchase 10/06 Flock Freight Bp9-39 Www.Flockfrei CA Card 8915 | 6,750.00 |
| 10/07 | Recurring Card Purchase 10/07 Kafeneleas* D10-07-26 Kafene.Com NY Card 8915 | 495.59 |
| 10/08 | Card Purchase 10/07 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 78.72 |
| 10/13 | Card Purchase 10/10 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 88.56 |
| 10/13 | Card Purchase 10/12 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 583.70 |
| 10/13 | Card Purchase With Pin 10/12 Microsoft*Store - Msbill.Info WA Card 8915 | 99.99 |
| 10/13 | Recurring Card Purchase 10/12 Amazon Prime*Hf8G35I Amzn.Com/Bill WA Card 8915 | 15.89 |
| 10/14 | Card Purchase 10/13 U-Haulmoving Out Hagerstown MD Card 8915 | 604.80 |
| 10/15 | Card Purchase 10/14 Ultra Comfort 570-4517477 PA Card 8915 | 1,015.61 |
| 10/15 | Card Purchase 10/14 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 106.04 |

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/16 | Card Purchase | 10/15 Dri*Uprinting 888-8884211 CA Card 8915 | 1,168.39 |
| 10/16 | Card Purchase | 10/15 Amazon Mktpl*5E3815A Amzn.Com/Bill WA Card 8915 | 84.79 |
| 10/19 | Card Purchase | 10/18 U-Haulmoving Out Hagerstown MD Card 8915 | 865.58 |
| 10/19 | Card Purchase | 10/17 Tims Furniture Mart Hagerstown MD Card 8915 | 0.01 |
| 10/19 | Card Purchase | 10/18 Wawa 6613 Chantilly VA Card 8915 | 81.72 |
| 10/20 | Card Purchase | 10/19 Murrows Transfer Inc 336-475-6101 NC Card 8915 | 500.00 |
| 10/22 | Card Purchase | 10/21 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 86.31 |
| 10/23 | Card Purchase | 10/22 Coaster - NJ 800-221-9699 NJ Card 8915 | 1,262.24 |
| 10/26 | Card Purchase | 10/24 Amazon.Com*7Y2Mz6Hs3 Amzn.Com/Bill WA Card 8915 | 22.14 |
| 10/26 | Card Purchase | 10/25 Wawa 6613 Chantilly VA Card 8915 | 75.28 |
| 10/27 | Card Purchase | 10/27 Uline *Ship Supplies 800-295-5510 WI Card 8915 | 338.42 |
| 10/27 | Card Purchase | 10/26 Dri*Uprinting 888-8884211 CA Card 8915 | 559.44 |
| 10/27 | Card Purchase | 10/26 Amazon Mktpl*Bl26X4A Amzn.Com/Bill WA Card 8915 | 36.57 |
| 10/28 | Card Purchase | 10/27 U-Haul Moving & Trailer Hagerstown MD Card 8915 | 604.80 |
| 10/28 | Card Purchase | 10/27 Wawa 6613 Chantilly VA Card 8915 | 70.00 |
| 10/29 | Card Purchase | 10/29 Magnussen Home Furnis 519-662-3040 NC Card 8915 | 979.60 |
| 10/30 | Card Purchase | 10/29 Exxon A C & T - Sharps Hagerstown MD Card 8915 | 87.44 |
| **Total ATM & Debit Card Withdrawals** | | | **$19,503.51** |

## ATM & DEBIT CARD SUMMARY

Samir M Abu Ajaj Card 8915

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,503.51 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $19,503.51 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:260930 CO Entry Descr:Fees Sec:CCD Trace#:081004602725451 Eed:261001 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2742725451Tc | $935.78 |
| 10/02 | Zelle Payment To Christina Johnson Jpm99Cyhqkz6 | 1,312.76 |
| 10/02 | Zelle Payment To Emma Tims Jpm99Cyhr6Jq | 1,435.77 |
| 10/02 | 10/02 Online Transfer To Chk ...0570 Transaction#: 31055868433 | 3,056.91 |
| 10/02 | Zelle Payment To Penny Jpm99Cyiyapn | 737.97 |
| 10/02 | 10/02 Online Transfer To Chk ...0570 Transaction#: 31063335899 | 1,000.00 |
| 10/05 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:261005 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000019814906 Eed:261005 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2789814906Tc | 2,100.50 |
| 10/05 | Zelle Payment To Luis Jpm99Cyolld2 | 2,525.00 |
| 10/05 | Zelle Payment To Alberto Sign Jpm99Cyonbgp | 240.00 |
| 10/05 | Zelle Payment To Mae Daniels Jpm99Cyr1Gxh | 230.95 |
| 10/05 | Zelle Payment To Rosa Jpm99Cyr2S59 | 1.00 |
| 10/05 | Zelle Payment To Rosa Jpm99Cyr3Pgy | 255.50 |
| 10/05 | Zelle Payment To 5712636595 Jpm99Cyr475I | 462.00 |

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Zelle Payment To William Jpm99Cysjzo6 | 1.00 |
| 10/05 | Zelle Payment To William Jpm99Cysn8N6 | 800.00 |
| 10/05 | Zelle Payment To William Jpm99Cysxb4N | 200.00 |
| 10/05 | 10/05 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Jofran Sales Inc Norfolk MA 02056 US Ref: Tims Furniture Imad: 1005Mmqfmp2N030402 Trn: 3746476278Es | 3,352.33 |
| 10/06 | Orig CO Name:Snap Finance Orig ID:1455176354 Desc Date: CO Entry Descr:Retrieval Sec:CCD Trace#:071000283826001 Eed:261006 Ind ID:T5342024477 Ind Name:Tims Furniture Mart. Trn: 2793826001Tc | 5,500.00 |
| 10/06 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261005 CO Entry Descr:Merch Chbksec:CCD Trace#:081004603661171 Eed:261006 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2793661171Tc | 806.66 |
| 10/07 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261006 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004601625310 Eed:261007 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2801625310Tc | 1,309.30 |
| 10/07 | 10/07 Online ACH Payment 11240045313 To Montage (_#####9960) | 611.55 |
| 10/07 | 10/07 Online Transfer To Chk ...4745 Transaction#: 31124638794 | 1,053.00 |
| 10/07 | 10/07 Online Transfer To Chk ...0570 Transaction#: 31124684860 | 1,053.00 |
| 10/08 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:261008 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000016737965 Eed:261008 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2816737965Tc | 1,500.50 |
| 10/08 | Zelle Payment To Christina Johnson Jpm99Cz7Esou | 250.00 |
| 10/13 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261009 CO Entry Descr:Merch Chbksec:CCD Trace#:081004600720513 Eed:261013 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2860720513Tc | 1,850.00 |
| 10/13 | Zelle Payment To Luis Jpm99Czecv9P | 2,500.00 |
| 10/13 | Zelle Payment To Luis Jpm99Czg23V3 | 175.00 |
| 10/13 | Zelle Payment To Christina Johnson Jpm99Czgw0K9 | 200.00 |
| 10/13 | Zelle Payment To Homelegance Jpm99Czm3O5P | 5,753.91 |
| 10/13 | Zelle Payment To Global USA Jpm99Czmo3Nx | 1,740.00 |
| 10/13 | Zelle Payment To Homelegance Jpm99Czp7H6M | 846.00 |
| 10/14 | 10/14 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Kesa LLC Sold Orders/Time/15:23 Imad: 1014Mmqfmp2N021950 Trn: 3348416287Es | 10,842.62 |
| 10/14 | Zelle Payment To Francisco Shipping Jpm99Cztwj0O | 928.06 |
| 10/15 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:261015 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000010274393 Eed:261015 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 2880274393Tc | 1,500.50 |
| 10/15 | 10/15 Online ACH Payment 11241247278 To Crowell (_########3531) | 2,000.00 |
| 10/15 | Zelle Payment To Emma Tims Jpm99Czwstph | 1,634.10 |
| 10/15 | Zelle Payment To Christina Johnson Jpm99Czwsk76 | 1,328.44 |
| 10/15 | 10/15 Online Transfer To Chk ...0570 Transaction#: 31225594977 | 500.00 |
| 10/19 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261016 CO Entry Descr:Merch ADJ Sec:CCD Trace#:081004601955024 Eed:261019 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 2921955024Tc | 121.00 |
| 10/19 | Zelle Payment To Penny Jpm99D05K5P7 | 716.98 |
| 10/19 | 10/17 Online Transfer To Chk ...0570 Transaction#: 31256202364 | 500.00 |
| 10/19 | Zelle Payment To Luis Jpm99D06P3Er | 2,425.00 |
| 10/19 | Zelle Payment To Luis Jpm99D06Pzg5 | 70.00 |
| 10/19 | Zelle Payment To Mae Daniels Jpm99D09Su6C | 243.91 |
| 10/19 | Zelle Payment To Rosa Jpm99D09Tanp | 783.81 |
| 10/19 | Zelle Payment To Emma Tims Jpm99D0B3Sw0 | 250.00 |
| 10/19 | Zelle Payment To Baldacci Promotions Jpm99D0Dnwhz | 2,500.00 |
| 10/20 | Zelle Payment To Global USA Jpm99D0Gozca | 1,707.00 |

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | 10/20 Online Domestic Wire Transfer A/C: Southern Motion, Inc. Pontotoc MS 38863-1064 US Ref: Tims Furniture Trn: 3429236293Es | 10,275.00 |
| 10/20 | 10/20 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Tims Furniture Imad: 1020Mmqfmp2N026699 Trn: 3540816293Es | 500.00 |
| 10/22 | Zelle Payment To William Jpm99D0Niyok | 600.00 |
| 10/22 | Zelle Payment To Samir Jpm99D0P70Hf | 1,553.00 |
| 10/26 | Zelle Payment To Samir Jpm99D0Urbny | 1,500.00 |
| 10/26 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:CCD Trace#:053101126974924 Eed:261026 Ind ID:2-1803127161 Ind Name:Kesa LLC Dba Tims Furn Trn: 2996974924Tc | 1,224.53 |
| 10/26 | Orig CO Name:Hartford Fire IN Orig ID:9942902727 Desc Date: CO Entry Descr:Inspmtcl33Sec:CCD Trace#:051000017690782 Eed:261026 Ind ID:3347687 Ind Name:Kesa LLC Dba Tims Furn Trn: 2997690782Tc | 489.00 |
| 10/26 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:CCD Trace#:053101126974925 Eed:261026 Ind ID:2-1803127148 Ind Name:Kesa LLC Dba Tims Furn Trn: 2996974925Tc | 199.00 |
| 10/26 | Orig CO Name:Koalafi Orig ID:G471176879 Desc Date: CO Entry Descr:Lease Fundsec:CCD Trace#:053101126974926 Eed:261026 Ind ID:2-1803127135 Ind Name:Kesa LLC Dba Tims Furn Trn: 2996974926Tc | 93.40 |
| 10/26 | Zelle Payment To Luis Jpm99D0X9E11 | 2,425.00 |
| 10/26 | 10/26 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Sold Orders/Time/18:04 Imad: 1026Mmqfmp2M025763 Trn: 3648816299Es | 13,486.20 |
| 10/26 | 10/26 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Flexsteel Industries Inc Dubuque IN 52001 US Ref: T278 Sold Orders/Time/18:21 Imad: 1026Mmqfmp2K026378 Trn: 3681066299Es | 1,380.50 |
| 10/27 | Orig CO Name:Tempur Pedic Nor Orig ID:3200798531 Desc Date: CO Entry Descr:Web Pymnt Sec:Web Trace#:064000027238998 Eed:261027 Ind ID:1396230752 Ind Name:Kesa LLC Trn: 3007238998Tc | 1,805.00 |
| 10/27 | Orig CO Name:Sealy Mattress Orig ID:5363209918 Desc Date: CO Entry Descr:Web Pymnt Sec:Web Trace#:064000027238996 Eed:261027 Ind ID:1396246952 Ind Name:Sawa LLC Trn: 3007238996Tc | 1,549.00 |
| 10/27 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:261027 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000017261526 Eed:261027 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 3007261526Tc | 1,500.50 |
| 10/27 | Orig CO Name:Toyota ACH Rtl Orig ID:4953775816 Desc Date: CO Entry Descr:Web Sec:Web Trace#:028000080657224 Eed:261027 Ind ID:31Q82Xvl3T9Gjv4 Ind Name:Katimasaleh P180185167-26269 10232026 Trn: 3000657224Tc | 900.00 |
| 10/27 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261026 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607284941 Eed:261027 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3007284941Tc | 63.35 |
| 10/27 | 10/27 Online Domestic Wire Transfer Via: Truist Bank/053101121 A/C: White Wood Industries Thomasville NC 27360 US Ref: Tims Furniture Imad: 1027Mmqfmp2N020214 Trn: 3384776300Es | 2,338.00 |
| 10/28 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261027 CO Entry Descr:Merch Chbksec:CCD Trace#:081004608521024 Eed:261028 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3018521024Tc | 1,651.48 |
| 10/28 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261027 CO Entry Descr:Merch Chbksec:CCD Trace#:081004608521025 Eed:261028 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3018521025Tc | 950.00 |
| 10/28 | 10/28 Online Domestic Wire Transfer Via: Pncbank NJ/031207607 A/C: Storis Inc MT Arlington NJ 07856 US Ref: Tims Furniture Imad: 1028Mmqfmp2K018699 Trn: 3322266301Es | 500.00 |
| 10/29 | Orig CO Name:Ems Orig ID:9278424835 Desc Date:261028 CO Entry Descr:Merch Dep Sec:CCD Trace#:081004607786683 Eed:261029 Ind ID:278000000232632 Ind Name:Tim's Furniture Mart Trn: 3027786683Tc | 700.00 |
| 10/29 | Zelle Payment To Emma Tims Jpm99D1E0Ax5 | 1,456.37 |
| 10/29 | Zelle Payment To Christina Johnson Jpm99D1E0Zn5 | 1,157.91 |

11895090504000000065

CHASE

October 01, 2026 through October 30, 2026
Account Number: [redacted]5206

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | Zelle Payment To Penny Jpm99D1E0V1H | 716.96 |
| 10/29 | 10/29 Payment To Chase Card Ending IN 6835 | 350.00 |
| 10/30 | Orig CO Name:Firstenergy Orig ID:1341968288 Desc Date:261030 CO Entry Descr:Opco-ACH Sec:Web Trace#:091000014138203 Eed:261030 Ind ID:110161893455 Ind Name:Kesa LLC 8005457741 Trn: 3034138203Tc | 1,600.50 |
| **Total Electronic Withdrawals** | | **$122,812.51** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Rtp/Same Day - Low Value | $20.00 |
| 10/05 | Online Domestic Wire Fee | 25.00 |
| 10/14 | Online Domestic Wire Fee | 25.00 |
| 10/20 | Online Domestic Wire Fee | 25.00 |
| 10/20 | Online Domestic Wire Fee | 25.00 |
| 10/26 | Online Domestic Wire Fee | 25.00 |
| 10/26 | Online Domestic Wire Fee | 25.00 |
| 10/27 | Online Domestic Wire Fee | 25.00 |
| 10/28 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$220.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $22,610.96 | 10/13 | 40,977.79 | 10/22 | 19,023.18 |
| 10/02 | 17,439.83 | 10/14 | 28,577.31 | 10/23 | 22,624.49 |
| 10/05 | 15,072.53 | 10/15 | 20,686.42 | 10/26 | 2,409.45 |
| 10/06 | 25,553.39 | 10/16 | 22,757.40 | 10/27 | 27,968.47 |
| 10/07 | 30,961.50 | 10/19 | 14,199.39 | 10/28 | 25,360.19 |
| 10/08 | 30,176.32 | 10/20 | 18,064.07 | 10/29 | 24,674.68 |
| 10/09 | 34,408.11 | 10/21 | 18,985.06 | 10/30 | 27,133.47 |